# Officer's Return

**Middlesex, ss.**                                                                 **February 16, 2008**

I, this day, served the within notice by delivering in hand to the within named:

**Bandali F. Dahdah**

a true and attested copy of the same.

Said service was made at 1 Mulberry Lane, in said Burlington, Middlesex County, Massachusetts.

Scott A. Kingsley
Constable
Post Office Box 760821
Melrose, MA. 02176
(781) 665-7654



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2008 FEB 15 A 11: 42

| | |
|---|---|
| THE MORGANTI GROUP, INC.<br>and THEODORE CATINO<br><br>Plaintiffs<br><br>v.<br><br>BANDALI F. DAHDAH<br>ALEXICOLE, INC.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>301CV574 (PCD)<br><br><br><br><br><br>FEBRUARY 15, 2008 |

U.S. DISTRICT COURT
NEW HAVEN, CT

## ORDER TO SHOW CAUSE

Having considered the Motion to find Bandali F. Dahdah to be in contempt filed by Plaintiff, The Morganti Group, Inc., ("Morganti"), the affidavit of Peter L. Costas and the exhibits attached thereto and Morganti's memorandum, and upon application of Plaintiff Morganti sufficient cause appearing in support thereof, it is hereby:

**ORDERED**, that Defendant Bandali F. Dahdah show cause before the Honorable Peter C. Dorsey of the United States District Court for the District of Connecticut in Courtroom __1__ of the United States Courthouse, 141 Church Street, New New Haven, Connecticut, at _10:00 am_ o'clock _17th_ on ~~February~~ March _____, 2008, why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure finding him to be in contempt of this Court by reason of his violation of the terms of the consent judgments entered herein and granting Plaintiff the relief sought; and

It is further

**ORDERED**, that a copy of this Order, together with the papers upon which it is granted and the summons and complaint herein, shall be personally served upon Defendant Bandali Dahdah on or before February 22, 2008, and that such service shall be deemed good and sufficient service upon Defendant; and it is further

**ORDERED**, that Defendant's answering papers, if any, shall be served upon Plaintiff's attorneys, Pepe & Hazard LLP, 225 Asylum Street, Hartford, Connecticut 06103-4302, on or before February 29, 2008, and that Plaintiffs' reply papers, if any, shall be served upon Defendant or any attorney appearing on his behalf or on or before March 7, 2008.

Dated at New Haven, Connecticut, this 15th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF CONNECTICUT

I hereby certify that the forgoing is a true copy of the original document on file. Date: 2/15/08
Roberta D. Tabora
Clerk
By P. A. Vullano
Deputy Clerk

2

PLC/31931/651/842110v1
02/14/08-HRT/