IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MORGANTI GROUP, INC. and THEODORE CATINO | ) ) ) | CIVIL ACTION NO. 301CV574 (PCD) |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| BANDALI F. DAHDAH ALEXICOLE, INC. | ) ) ) | March 6, 2008 |
| Defendants | ) ) | |

## PLAINTIFF'S REPLY TO DEFENDANT BANDALI DAHDAH'S ANSWERING PAPER

Essentially, Defendant is arguing that he has not engaged in the acts complained of, but rather those acts have been conducted by his wife, Elizabeth Dahdah.

Mr. Dahdah is married to Elizabeth Dahdah and the couple, together with their two children, occupies a home in Burlington, Massachusetts which is owned by Peacetime LLC, a company controlled by Wail Khoury. Although the property was purchased for occupancy by the Dahdah family, the monthly rent of $4,000 has never been paid. The mortgage payments and taxes are paid by Peacetime.

The original action was instituted as a result of website activities by Mr. Dahdah. The parties entered into a settlement agreement executed by Mr. Dahdah (Exhibit C), and the conditions set forth in the settlement agreement were incorporated in a stipulated consent judgment (Exhibit D).

1

Shortly thereafter, Defendant began to engage in other internet activity, and the dispute was concluded by another agreement, and entry of a further injunction incorporating the terms set forth in the agreement.

Mr. Dahdah and his wife believe that they can avoid a finding of contempt in the present matter since the current objectionable activity that of Elizabeth Dahdah.

In an effort to resolve demands by the Dahdahs, Elizabeth Dahdah entered into a covenant and undertaking prohibiting her from engaging in the activities complained of in the consent judgments (Plaintiff's Exhibit H). Upon information and belief, Mr. Dahdah is generating the materials identifying Elizabeth Dahdah as the author. Elizabeth Dahdah has in turn expressed her contempt of this Court and the consent judgments which have been entered. The premise is that Elizabeth Dahdah is not acting in concert with Bandali Dahdah in the violation of the terms of the consent judgment.

New Plaintiff's Exhibit J comprises e-mails allegedly authored by Elizabeth Dahdah without involvement by Bandali Dahdah.

In Plaintiff's Exhibit K, Bandali Dahdah clearly asserts his continuing involvement.

PLC/13626/46/844270v1
03/06/08-HRT/

At the hearing, Plaintiff will provide additional documents relating to the activities of the Dahdahs in violation of this Court's judgments and the mischief which it is creating for Morganti, its parent company Consolidated Contractors, and the Khourys.

With respect to "Part II" of Defendant's Answering Paper, Plaintiff's counsel believes that it is not appropriate to the matter before the Court. It purports to argue the rights of Elizabeth Dahdah who has not been named as a defendant in this action.

Moreover, Defendant cannot argue for Elizabeth Dahdah because he is not admitted to practice in Connecticut (or elsewhere).

Accordingly, Plaintiff respectfully requests that the Court find Mr. Dahdah and all those acting in concert with him, to be in contempt of this Court.

THE MORGANTI GROUP, INC.
THEODORE CATINO

By: _____
Peter L. Costas  ct04260
Louis R. Pepe  ct04319
PEPE & HAZARD LLP
225 Asylum Street
Hartford, CT  06103
(860) 241-2630

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, a copy of Plaintiff's Objection to Bandali Dahdah's Motion Request for Rescheduling of Show Cause Hearing Date was electronically filed, and served by first class mail, postage prepaid, upon Bandali Dahdah, 1 Mulberry Lane, Burlington, Massachusetts 01803.

　　　　　　　　　　　　　　　　　　　　　*/s/ Peter L. Costas*
　　　　　　　　　　　　　　　　　　　　　Peter L. Costas

# PLAINTIFF'S EXHIBIT J

Case 3:01-cv-00574-PCD    Document 70    Filed 03/06/2008    Page 5 of 12

## Schanck, Judy

**From:** Elizabeth Dahdah [elizabethdahdah@comcast.net]
**Sent:** Wednesday, November 29, 2006 4:27 PM
**To:** Khoury, Wail; Khoury, Wael; Costas, Peter; Asshole Lawyer
**Subject:** New Web Page

Dear Wail:

Your lawyers are failing to address the serious health situation regarding smoke in the house and the smoke detectors not going off.

Today I have two live pages going on:

1. www.waelkhoury.us
2. www.wailkhoury.ws


Tomorrow I will have one more web page live.

Obviously your lawyers have failed in shutting me down.

I seriously consider you settle.

I will be posting your court transcripts including deposition that was taken in London.

Again it is your call. Don't push me. You settled saying that you will pay for the kids education. Your initial response did not say 2nd quarter 07.

What is the matter with you? You already screwed Barrett. Enough!

11/29/2006

## Costas, Peter

**From:** Elizabeth Dahdah [elizabethdahdah@comcast.net]
**Sent:** Friday, December 01, 2006 12:19 PM
**To:** Costas, Peter; Mateyaschuk, Douglas; Asshole Lawyer
**Subject:** New Web Page


Hey Doggy Mat Baby:

Hey I bet you get teased about that silly name of yours all the time

www.lymebellspalsy.com. I have 8 others registered and up and running. I will let you know of one once a week.

Good luck trying to stop me. Why don't you go to court and get the judge to say that I am acting in concert with my husband and find my husband in contempt.

Listen. I have a year ago told Wail's lawyer in Boston that I am doing this on my own. Why did Costas send me a settlement agreement that your client has failed to meet that I signed. Because you felt like I was doing this on my own. I will be sure to forward the settlement agreement to Network Solutions. They send me your false letter.


For the record Wail Khoury is not on the Board of Morganti. You are fucking sloppy. You are relying on a web page to get your info. Fucking call your client and ask him. God forbid your firm in representing Wail, Toroyan, et al. on the Barrett matter. You guys are sloppy, sloppy..kind of like your wife's vagina.. sloppy and open wide!

**Schanck, Judy**

From: Elizabeth Dahdah [elizabethdahdah@comcast.net]
Sent: Thursday, November 30, 2006 2:22 PM
To: Asshole Lawyer; Costas, Peter
Subject: Web Page

Today I registered 10 other web pages and will be hosting 2 every day.

Will not give you the link. Good luck finding them.

Hint: It does not have the name Khoury in it!

Name is also protected. So you don't know if it is me or one of my friends.

## Schanck, Judy

**From:** Elizabeth Dahdah [elizabethdahdah@comcast.net]
**Sent:** Wednesday, November 29, 2006 1:28 AM
**To:** Khoury, Wail; Khoury, Wael; Costas, Peter; Asshole Lawyer
**Subject:** New web page up and running

Dear Wail:

You cannot shut me down and neither can your lawyers. You see I have removed all defamation and infringement from my web page. If you try and shut us down again, we will just get six more web pages every day and your lawyers will have a field day racking up charges trying to shut us down. Listen there are hosting web sites that don't even give a damn as to content. There are web pages that spew hatred, i.e KKK, etc.. someone is hosting them. There are also web pages that are wholesellers that allow you to have your own business renting out hosting space, so I can just buy one of the businesses and do want I want.

How to you think the terrorists maintain the web hosting were they show beheading etc.. because web hosting companies don't give a damn.. it is the almighty dollar.

Here is the web page now live.. www.waelkhoury.us.

For God's sake just pay for the children's education like you promised you would when we settled this case...you want to pay it in 2nd quarter 07.. no difference if you pay it now and agree to the renovations and improvements to the property.

For the record your chimney is not working. Two days ago, we were overwhelmed with smoke from the fireplace as the smoke detectors did not go off. I had my husband recently change all of them. I cannot breath and this is not good for my asthma. This weekend you are going to pay for us to stay in a hotel as the smoke has not cleared.. you can send someone to see how the place smells. I figure you are liable for 2 nights this weekend ax 250 ax 2rooms so $1,000. Please approve.

And for the love of God..just pay for the education now and the renovations my husband requested and stop being an asshole.

My husband is talking to the lawyer suing you. Do you really want him cooperating? Bandali tells me that Barrett wants a few million..do not make Bandali any more upset because he told me that he will be a witness against you.

Best wishes and do the right thing and just pay for the kids education. for God's sake your wife is the Godmother of Nicole and she had promised them both the funds that she never sent over the years...

Bandali tells me that Hoffman told him that you did not even approve not only the $300 dinner but he knows about the other expense as well that is not found in court documents and can only be proof that Bandali spoke to David Hoffman.

Did you know that Hoffman used to work for the same company as your asshole lawyer who is also copied on this email at Lampf, etc.. you know your other CT lawyer besides Costas.. Reardon that is?

11/29/2006

**Schanck, Judy**

---

From: Elizabeth Dahdah [elizabethdahdah@comcast.net]
Sent: Tuesday, November 28, 2006 3:38 PM
To: Khoury, Wail; Khoury, Wael
Cc: Costas, Peter; jreardon@llgm.com
Subject: Re: Web page

Many ways to skin the cat. I do not need a web presence. I can just simply email the above pdf file to anyone I choose.

Hahahhahah.. fuckers!


----- Original Message -----
From: Elizabeth Dahdah
To: Khoury, Wail ; Khoury, Wael
Cc: Costas, Peter ; jreardon@llgm.com
Sent: Tuesday, November 28, 2006 12:29 PM
Subject: Web page

I now also have www.wailkhoury.ws registered. I will keep the web page clean so no one can take it down.

Your call. Your choice.

**PLAINTIFF'S EXHIBIT K**

**Lozano, Olivia**

| | |
|---|---|
| From: | Wail [wailkhoury@instantemail.t-mobile.co.uk] |
| Sent: | Friday, April 13, 2007 12:50 AM |
| To: | Costas, Peter |
| Subject: | Fw: When the shit hits the fan |

------------------

Sent with Instant Email from T-Mobile

-----Original Message-----
From: "Ben Dahdah" <bendahdah@comcast.net>
Date: Thu, 12 Apr 2007 17:58:44
To:"Khoury, Wail" <113157.32@compuserve.com>,     "Khoury, Wail" <wailkhoury@instantemail.t-mobile.co.uk>
Subject: When the shit hits the fan

You will be eating the shit.

Have it your way, back me into a corner with your slimy dealings of your lawyers..not fixing the house to building code, etc... costing me $50,000 to pay for the pool and over $40,000 in stock trading when I begged you to help with the money for the pool...

As I get backed into a corner, Wail, trust me the reaction is going to be liked a coiled spring.. you are going to be hit very very hard..

No problem continue ignoring me and my request for help.....

I don't give a fuck what any Judge or lawyer says.. I am going to launch a web page against you tonight.. all of CCC will have it and so will the construction community... you just opened a can of worms for yourself.. go get the judge to issue an injunction and put me in jail.. I don't care.. I will leave here and go protest outside your Athens office and go on a hunger strike...

You are going to pay for the pool and my stock losses one way or another.. you will see.. I'll send you the link to the web page shortly.

1