IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MORGANTI GROUP, INC.<br>and THEODORE CATINO<br><br>Plaintiffs<br><br>v.<br><br>BANDALI F. DAHDAH<br>ALEXICOLE, INC.<br><br>Defendants | CIVIL ACTION NO.<br>301CV574 (PCD)<br><br><br><br><br><br>March 6, 2008 |

### PLAINTIFF'S OBJECTION TO BANDALI DAHDAH'S MOTION REQUEST FOR RESCHEDULING OF SHOW CAUSE HEARING DATE

Plaintiff, objects to the Defendant's request to reschedule the hearing on the contempt motion presently scheduled for March 17, 2008.

Plaintiff sought an order to show cause in order to obtain early action on the continuing contempt. The motion was submitted on February 15, 2008 and the documents were served on Defendant on February 16, 2008.

Defendant has not indicated any direct conflict on March 17, 2008 -- only that he has proceeding involvement in matters to be heard in the English courts next week. The undersigned counsel spoke with counsel for the defendants in the actions instituted by Defendant, and has been advised that it is unlikely that the matters pending before the courts in England are likely to be delayed in view of a recent transfer involving the cases.

1

Defendant's activity complained of continues unabated and Plaintiff will bring to the attention of the Court documents evidencing Defendant's contempt of this Court and its judgments.

Accordingly, it is respectfully submitted that Defendant's request for rescheduling should be denied.

THE MORGANTI GROUP, INC.
THEODORE CATINO

By: _____
Peter L. Costas  ct04260
Louis R. Pepe  ct04319
PEPE & HAZARD LLP
225 Asylum Street
Hartford, CT  06103
(860) 241-2630

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, a copy of Plaintiff's Objection to Bandali Dahdah's Motion Request for Rescheduling of Show Cause Hearing Date was electronically filed, and served by first class mail, postage prepaid, upon Bandali Dahdah, 1 Mulberry Lane, Burlington, Massachusetts 01803.

_____
Peter L. Costas