IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MORGANTI GROUP, INC.<br>and THEODORE CATINO | ) )<br>) | CIVIL ACTION NO.<br>301CV574 (PCD) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| BANDALI F. DAHDAH<br>ALEXICOLE, INC. | ) )<br>) | March 10, 2008 |
| Defendants | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT
BANDALI DAHDAH'S RESPONSE TO PLAINTIFF'S
OBJECTION TO BANDALI DAHDAH'S MOTION REQUEST
FOR RESCHEDULING OF SHOW OF CAUSE HEARING DATE**

In his recent response, Defendant Bandali Dahdah asserts that the undersigned

counsel has lied to the Court by stating in the objection to his motion to reschedule:

The undersigned counsel spoke with counsel for the defendants in the

actions instituted by Defendant, and has been advised that it is [un]*sic* likely that

the matters pending before the courts in England are likely to be delayed in view

of a recent transfer involving the cases.

This statement is in accord with the information provided by counsel in the

United Kingdom who is defending the three actions instituted by Defendant. Attached

hereto is a letter from United Kingdom counsel as to the potential for delay in the

hearing(s) scheduled this week.

1

Mr. Dahdah further takes issue with the statement that there is no direct conflict as to March 17, 2008, the date for the hearing before the Court on the order to show cause which was served upon him on February 16, 2008. The memorial service is not until April 23, 2008. As pointed out previously, the hearings in the actions brought by Defendant may be delayed.

Defendant's actions complained of will continue during any delay, and Defendant wants this Court to adjourn the instant motion for contempt for more than six weeks to accommodate his schedule.

When Defendant engages in acts in violation of this Court's injunctions and Defendant engages in internet activity intended to injure the reputation and business dealings of Plaintiff and its related companies, it should not surprise Defendant that Plaintiff is unwilling to accommodate Defendant.

THE MORGANTI GROUP, INC.
THEODORE CATINO

By: _____
   Peter L. Costas  ct04260
   Louis R. Pepe  ct04319
   PEPE & HAZARD LLP
   225 Asylum Street
   Hartford, CT  06103
   (860) 241-2630

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, a copy of Plaintiff's Rely to

Defendant's Bandali Dahdah's Response to Plaintiff's Objection to Bandali Dahdah's

Motion Request for Rescheduling of Show Cause Hearing Date was e-mailed, and

served by first class mail, postage prepaid, upon Bandali Dahdah, 1 Mulberry Lane,

Burlington, Massachusetts 01803.

Peter L. Costas

PLC/13626/46/844532v1
03/10/08-HRT/

# EXHIBIT A

Our Ref:     JH/NM/01580/0002/am

# HANNAH & MOULD

### S O L I C I T O R S

10 March 2008

Peter Costas
Pepe & Hazard LLP
225 Asylum Street
Hertford
CT 06103
USA

2 EATON GATE

LONDON SW1W 9BJ

TELEPHONE: +44 (0)20 7384 9527

FACSIMILE: +44 (0)20 7731 7562

E-mail: enquiries@hannahmould.com

**By Fax: 001 860 522 2796**

Dear Mr Costas,

### Re: Bandali Dahdah – Claims in the UK Courts

Thank you for your telephone call this morning. Please find set out below clarification in respect of the three claims which Bandali Dahdah has brought against my clients in the UK courts, and the listed and anticipated hearings relating to those claims.

**Claim against Wael Khoury**

The claim against Wael Khoury is in the West London County Court under claim number 7QT 63044. There are no hearings anticipated in this matter during March or April.

**Claim against Julietta Khoury**

This claim is under claim number 7QT 38623. It was initially allocated to the West London County Court, but by an order of that Court dated 25 February 2008, it was transferred to the Central London County Court.

Prior to the transfer Mrs Khoury had made applications for the striking out of the claim and security for costs. Those hearings were listed for 13 March 2008. Following the transfer, we have been in telephone contact with the West London County Court, which advises that those hearings will not be proceeding in that court as the file has been transferred to the Central London County Court.

As we discussed during our telephone conversation last week, I have made telephone contact with the West London County Court who advised me, last Wednesday, that they had not yet received the file and that the hearings would be re-listed in the Central London County Court once the file was received. The Listings Department was unable to give me any indication as to what the hearing dates would be, but expressed the view that

H:\Khoury, Wael - Dahdah County Court Claim\Peter Costas - 10 03 08 doc

PARTNERS: JOSEPH HANNAH · TIMOTHY MOULD
ASSOCIATE: NICHOLAS MACMILLAN
also at: 1 The Fountain Centre, Lensbury Avenue, Imperial Wharf, London SW6 2TW
www.hannahmould.com
Regulated by the Solicitors Regulation Authority

it was highly unlikely that the hearings would be able to go ahead in the week commencing 10 March 2008.

Since that conversation last Wednesday, I have made repeated efforts to make contact with the Central London County Court's listings department by telephone and by fax. I have received no response.

Therefore, the best indication I am able to give is that the hearings are highly unlikely to take place this week. Given my experience of the state of the lists in the Central London County Court, I would be surprised if the hearings were to be re-listed prior to Easter, although the matter is entirely in the Court's hands and I cannot guarantee this.

**Claim v Consolidated Contractors International (UK) Limited**

This claim has been allocated to the Clerkenwell and Shoreditch County Court.

A directions hearing took place on 2 January 2008. It was not possible to proceed with the hearing as Mr Dahdah had not specified clearly enough which CCC entity he intended to sue. The hearing was adjourned until 20 February 2008.

Shortly before that hearing, Mr Dahdah made contact with me seeking an adjournment on the basis that he did not wish to have to make a trip to London for that hearing followed by another trip for the two hearings then listed on the Julietta Khoury matter for 13 March 2008. By consent, the directions hearing was adjourned to 12 March 2008. It is listed on that date for a hearing at 3.00pm with a time estimate of 30 minutes.

I trust that the above clarifies the position. Should you require any further information, please do not hesitate to contact me.

Kind regards,

Yours sincerely

**NICHOLAS MACMILLAN**

2