UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Miscellaneous Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Chambers Room #107

**May 6, 2008**

**9:00 A.M.**

**PLEASE NOTE: Rescheduled from March 17, 2008**

CASE NO.   3-01-cv-574 (PCD) Morganti Group, Inc., et al v. Bandali F. Dahdah

Order to Show Cause Hearing

COUNSEL OF RECORD:

| | |
|---|---|
| Louis R. Pepe, Esq. | Pepe & Hazard, Goodwin Sq., 225 Asylum St., |
| Peter L. Costas, Esq. | Hartford, CT 06103-4302   860-522-5175 |
| | |
| Bandali F. Dahdah | 20 Cranberry Lane, Burlington, MA 01803 |

BY ORDER OF THE COURT
ROBERTA D. TABORA, CLERK