UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MORGANTI GROUP, INC. <br> and THEODORE CATINO, <br>     Plaintiffs, <br><br> v. <br><br> BANDALI F. DAHDAH <br> and ALEXICOLE, INC., <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br> Case No. 3:01-cv-574 (PCD) |

**ORDER RE: HEARING ON MOTION FOR CONTEMPT**

On March 13, 2008, the Court continued the hearing scheduled for March 17, 2008, on Plaintiff The Morganti Group's motion to find Bandali F. Dahdah in contempt because Mr. Dahdah would be traveling abroad until early May. Plaintiff now moves to expedite the hearing on the basis that Mr. Dahdah is presently in the United States. Accordingly,

IT IS HEREBY ORDERED that Defendants shall appear before the United States District Court for the District of Connecticut, in Courtroom No. 1 of the Courthouse located at 141 Church Street, New Haven, Connecticut, on the 8th day of April, 2008, at 10:00 a.m., to show cause why the relief requested in Plaintiff's Motion for Contempt should not be granted.

Defendants may respond to Plaintiff's motion to expedite the hearing on or before Tuesday, April 8, 2008. It is specifically ordered that Mr. Dahdah shall not leave the country before the hearing, and any failure on his part to appear at the hearing will not be considered justification for any further continuances.

    SO ORDERED.

    Dated at New Haven, Connecticut, this 3rd day of April, 2008.

                                                /s/
                          Peter C. Dorsey, U.S. District Judge
                          United States District Court