Civil (April 12, 2004)

HONORABLE: **P. C. Dorsey**
DEPUTY CLERK **P. Villano**   RPTR/ERO/TAPE **Falcone**
TOTAL TIME: **0** hours **32** minutes

DATE **4/8/08**   START TIME **10:08**   END TIME **10:30**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Morganti Group, Inc., et al**   CIVIL NO. **01cv574 (PCD)**

**Peter Costas**
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Bandali F. Dahdah**

**No Show**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

MOTION DOCUMENT NO.

☑ #**61** Motion **for Contempt** — ☑ granted ☐ denied ☐ advisement

Hearing continued until ___ at ___