Civil (April 12, 2004)

TOTAL TIME: 0 hours 32 minutes
HONORABLE P.C. Dorsey
DEPUTY CLERK P. Villano   RPTR/ERO/TAPE Falcone

DATE 4/8/08   START TIME 10:08   END TIME 10:30
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Morganti Group, Inc., et al   CIVIL NO. 01cv574 (PCD)

vs.

Bandali F. Dahdah

Peter Costas
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
No Show
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

MOTION DOCUMENT NO.

☑ #61  Motion for Contempt   ☑ granted ☐ denied ☐ advisement

Hearing continued until _____ at _____