IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MORGANTI GROUP, INC. and THEODORE CATINO | ) ) ) | CIVIL ACTION NO. 301CV574 (PCD) |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| BANDALI F. DAHDAH ALEXICOLE, INC. | ) ) ) | April 15, 2008 |
| Defendants | ) | |

## PLAINTIFF'S TRANSMITTAL OF ADDITIONAL E-MAIL COMMUNICATIONS

At the hearing on Plaintiff's Motion to Find Bandali Dahdah to be in Contempt on Tuesday, April 8, 2008, Plaintiff's counsel advised the Court that an additional binder of e-mail communications had been prepared and would be submitted to the Court when scanned into electronic form. These e-mails are culled from a much larger volume and are generally relevant to the travel and to the requests of Mr. Dahdah for funds to travel and pay his living expenses.

A copy of this transmittal and of the binder are being sent to Mr. Dahdah at his Burlington, Massachusetts address since we have no other mail address.

THE MORGANTI GROUP, INC.
THEODORE CATINO

By: _____
Peter L. Costas  ct04260
Louis R. Pepe  ct04319
PEPE & HAZARD LLP
225 Asylum Street
Hartford, CT 06103
(860) 241-2630

1

PLC/13626/107/848292v1
04/14/08-HRT/

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, a copy of Plaintiff's Transmittal of Additional E-Mail Communications served electronically and by first class mail, postage prepaid, upon Bandali Dahdah, 1 Mulberry Lane, Burlington, Massachusetts 01803.

                                                    Peter L. Costas