THE MORGANTI GROUP, INC., ET AL V.
BANDALI F. DAHDAH, ET AL.

CIVIL ACTION NO.  301CV574 (PCD)

**BATES STAMP INDEX OF DOCUMENT PRODUCTION**

| Date and Time of Document | Document Description | Bates No. |
|---|---|---|
| March 17, 2008 at 1:32 p.m. | E-mail from Dahdah re: CC, Khoury and Dahdah Matters | 001 |
| March 18, 2008 at 12:30 p.m. | E-mail from Dahdah re: 1 Mulberry Lane, Burlington, MA | 002 |
| March 18, 2008 at 3:06 p.m. | E-mail from Dahdah re: 1 Mulberry Lane, Burlington, MA | 003 |
| March 19, 2008 at 6:02 a.m. | E-mail from Khoury re: Fax received at London office | 004 |
| March 19, 2008 at 7:45 p.m. | E-mail from Dahdah re: Breaking News | 005 |
| March 19, 2008 at 8:38 p.m. | E-mail from Dahdah re: Breaking News | 006 |
| March 19, 2008 | Letter to Ben Dahdah from Atty. Mateyaschuk | 007 |
| March 20, 2008 at 11:45 a.m. | E-mail from Atty. Mateyaschuk re: In re Contempt Proceedings | 008 |
| March 20, 2008 at 12:33 p.m. | E-mail from Ben Dahdah re: In re Contempt Proceedings | 009 |
| March 20, 2008 at 12:52 p.m. | E-mail from Ben Dahdah re: re Dahdah Flight Details | 010 |
| March 24, 2008 at 2 :31 p.m. | E-mail from Atty. Mateyaschuk re: In re Dahdah | 011 |
| March 31, 2008 at 7:20 p.m. | E-mail from Elizabeth Dahdah re: Please respond | 012 |
| April 1, 2008 at 11:25 a.m. | E-mail from Ben Dahdah re: Virgin Atlantic e-Ticket | 013 |
| April 3, 2008 at 2:15 p.m. | E-mail from Ben Dahdah re: Morganti v. Dahdah | 014 |
| April 4, 2008 at 7:01 a.m. | E-mail from Atty. Macmillian re: Ben Dahdah of High Importance | 015 |
| April 4, 2008 at 10:21 a.m. | E-mail from Atty. Mateyaschuk re: Ben Dahdah | 016 |
| April 4, 2008 at 12:17 p.m. | E-mail from Atty. Mateyaschuk re: Order in Morganti v. Dahdah re Hearings | 017 |

## THE MORGANTI GROUP, INC., ET AL V.
## BANDALI F. DAHDAH, ET AL.

CIVIL ACTION NO.  301CV574 (PCD)

### BATES STAMP INDEX OF DOCUMENT PRODUCTION

| Date and Time of Document | Document Description | Bates No. |
|---|---|---|
| April 4, 2008 at 1:23 p.m. | E-mail from Atty. Mateyaschuk re: Order in Morganti v. Dahdah re Hearing Date | 018 |
| April 4, 2008 at 2:27 p.m. | E-mail from Brina Milikowsky re: Fw: Order in Morganti v. Dahdah re: Hearing Date | 019 |
| April 4, 2008 at 2:38 p.m. | E-mail from Atty. Mateyaschuk re: In re Bendali Dahdah | 020 |
| April 4, 2008 at 3:03 p.m. | E-mail from Atty. Mateyaschuk re: Communication | 021 |
| April 7, 2008 at 10:52 a.m. | E-mail from Bandali re: Medical | 022 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2

# Bates No. 001

## Trantolo, Judy

| | |
|---|---|
| **From:** | Ben Dahdah [bendahdah@comcast.net] |
| **Sent:** | Monday, March 17, 2008 1:32 PM |
| **To:** | Costas, Peter |
| **Cc:** | Marina, Edgard; Macmillan, Nick |
| **Subject:** | CCC, Khoury and Dahdah matters |

Mr. Costas:

I would be very careful about statements you make. In your last email you stated "It should not surprise you that Wail Khoury and CCC have no interest in supporting you since you constantly engage......"

I have not been aware that you are counsel of record for CCC.

If you are not, that I believe that you are not authorized to speak on CCC's behalf. Mr. Edgard Marina informs me that you are not authorized to speak on their behalf. Until their is a lawsuit filed against me by CCC I suggest you keep your mouth shut on such issues and remain focused on the subject at hand.

I do not need to listen to your diatribe regarding CCC... you are not authorized to speak on their behalf.

On another note, please inform your client, Wail Khoury that I will be placing a $250,000 lien on the 1 Mulberry Lane Property for work done and not paid for by your client.

Bandali Dahdah

4/1/2008

# MARCH 17, 2008

# Bates No. 002

## Trantolo, Judy

**From:**    Ben Dahdah [bendahdah@comcast.net]

**Sent:**    Tuesday, March 18, 2008 12:30 PM

**To:**    Costas, Peter

**Cc:**    Macmillan, Nick; Dahdah, Elizabeth; Khoury, Julietta; Khoury, Wail; Khoury, Wail

**Subject:** 1 Mulberry Lane, Burlington, MA 01803 Matters

Since thru your client you have threatened me with eviction, I will vacate the premises on or before July 1, 2008 to give my children time to complete the school year.

I will make arrangements to get the house keys to your client. If your client has any questions about the house, let me know.

As I stated I will be placing a $250,000 lein on the house. Your client is free from today to place the house on the market and advertise with a local real estate agent the sale of the property, but under no circumstances is anyone allowed on this property including but not limited to realtors, etc. until after July 1, 2008.

Ben Dahdah
1 Mulberry Lane
Burlington, MA 01803
781-696-2990

Copy: Elizabeth Dahdah

ps. Liz like I told you the Khoury's are nothing but animals and they had their lawyer Costas threaten me with eviction. Is is all taped. We can make a better life for ourselves without having to live in a property owned by a scumbag like Wail Khoury and a cunt sister of mine who refuses to pay for a pool she said she would. Liz they are dirt and they will get what they deserve in life.

# Bates No. 003

## Trantolo, Judy

| | |
|---|---|
| **From:** | Ben Dahdah [bendahdah@comcast.net] |
| **Sent:** | Tuesday, March 18, 2008 3:06 PM |
| **To:** | Ben Dahdah; Costas, Peter |
| **Cc:** | Macmillan, Nick; Dahdah, Elizabeth; Khoury, Julietta; Khoury, Wail; Khoury, Wail |
| **Subject:** | Re: 1 Mulberry Lane, Burlington, MA 01803 Matters |

To Costas:

Further to my earlier email, I will not be placing a lien, as I understand I would not qualify for a lien under the requirements for a lien. Again your client can advertise this property for sale starting from July 1, 2008. If he wants Li or I to sign documents to that effect, let me know.

Liz, don't worry one day we will be fine again.


----- Original Message -----
**From:** Ben Dahdah
**To:** Costas, Peter
**Cc:** Macmillan, Nick ; Dahdah, Elizabeth ; Khoury, Julietta ; Khoury, Wail ; Khoury, Wail
**Sent:** Tuesday, March 18, 2008 12:29 PM
**Subject:** 1 Mulberry Lane, Burlington, MA 01803 Matters

Since thru your client you have threatened me with eviction, I will vacate the premises on or before July 1, 2008 to give my children time to complete the school year.

I will make arrangements to get the house keys to your client. If your client has any questions about the house, let me know.

As I stated I will be placing a $250,000 lein on the house. Your client is free from today to place the house on the market and advertise with a local real estate agent the sale of the property, but under no circumstances is anyone allowed on this property including but not limited to realtors, etc. until after July 1, 2008.

Ben Dahdah
1 Mulberry Lane
Burlington, MA 01803
781-696-2990

Copy: Elizabeth Dahdah

ps. Liz like I told you the Khoury's are nothing but animals and they had their lawyer Costas threaten me with eviction. Is is all taped. We can make a better life for ourselves without having to live in a property owned by a scumbag like Wail Khoury and a cunt sister of mine who refuses to pay for a pool she said she would. Liz they are dirt and they will get what they deserve in life.

# MARCH 18, 2008

# Bates No. 004

**Luzi-Hagerman, Carolynn**

| | |
|---|---|
| **From:** | Wael Khoury [wkhoury@ccc.gr] |
| **Sent:** | Wednesday, March 19, 2008 6:02 AM |
| **To:** | Costas, Peter; dmateyaschuk@deweyleboeuf.com; Nick Macmillan |
| **Subject:** | Fax received today at the London office |



2008031909490033
9.pdf (563 KB)...

Dear Peter,

The fax was sent today from his home fax number. This means that he is in the States.

Therefore, I think it is a very good idea that you inform the Judge that he is in the States in his home and he is continuing to harass and offend CCC Employees. I believe that the Judge should know that he did not speak the truth when he told the Court that he will be in Jordan.


Regards,

Wael

Dear Doug,

Kindly note that the fax number that he is using is the same that you complained to COMCAST and as you told us that COMCAST will shut all his services if he uses to harass us.

Please contact CONCAST so they can shut his services.

Regards,

Wael

1

004

A daily newsletter sent to CCC offices informing of the latest truth regarding CCC. If you would like to join my mailing list for faster delivery of Khoury and CCC news please send an email to hatafl@yahoo.com. Today no new guests due to the sensitive nature of this newsletter.

So far seven corporations are receiving our newsletter: Omagine, Bechtel, Balfour Beatty, JGC, Borouge, Centrica, Statoil Hydro

Time to fire Edgard Marina, Chief CCC Counsel.. under his watch he allowed CCIC to be sued in London and he allowed the charges to stick. Imagine that he is so incompetent. How on earth did he fuck up and hire lawyers that got a British judge to say that CCIC is subject to British jurisdiction. Only an Edgard Marina could be so stupid!!! heahahhahhaaaaaaaaaaaa Hey if you have a problem with him call him at home. Email me at hatafl@yahoo.com for his home phone number.. better yet here it is:

Greece: 302-10-618-2000... also I heard his wife gives a wicked good blowjob.....if you were born in the Boston area, actually I was born in West Roxbury.. you would know that in Boston, wicked means very good.. Hey I hear that Marina's wife also swallows as well. Under Marina's watch CCC has gone thru four London law firms in the Masri v. CCC matter, the latest being Herbert Smith, Dewey, and now Olswang.

# OPERATION KHOURY TRUTH Don't forget to visit my NEW EXPANEDED AND REVISED web site at www.hataf.net or if that goes down visit: www.hatafe.livejournal.com

If I were you I would start looking for another job as CCC's ability to pay you will disappear soon. the Swiss courts have now seized CCC's jet, and next they will attempt to seize CCC's office in Athens and soon after that they will seize Wail Khoury's London house at that is where the contempt of the British courts is. Time to jump ship and polish that resume. You were warned here first CCC employees.

Breaking News: New York Court trial against Wail Khoury for $30 million has been postponed until early June 2008.

Headline News of what British Judge is saying:

The grip on CCC is tightening with the court ordering the CCC companies to provide sworn statements detailing all their assets with a value in excess of $100,000. CCC have also had to agree to pay all ongoing oil revenues from the Masila concession into a UK bank account under the Court's control in order to avoid the immediate appointment of a Receiver to collect the oil revenues from purchasers.

At a recent hearing before the Court of Appeal, Lord Justice Rix stated his opinion that "*it is a complete disgrace that a large and solvent operation, such as the defendants and their holding company [ CCC ] involved in this case, should flout in this way the orders of this court after full and lengthy discussion about the merits. I think it is a complete disgrace, and it is very, very rarely found in this court.*"

CCC is already in contempt of Court for non-compliance with earlier orders issued by the High Court. The Court's orders warn that failure to comply with the injunctions of the Court could lead to the imprisonment of key figures in CCC.

In a radical move, the family owned group has responded to recent developments by removing all four Khoury family members from the Boards of both CCIC and CC (Oil & Gas), replacing them with junior CCC employees who are nationals of Lebanon where the companies are registered. The removal of Khoury family members from the company boards may have also come as a reaction to the subpoena of Wael Khoury by the New York court in other court proceedings; he will be compelled to appear in court in New York on March 18, 2008 in an action against him and other affiliates of CCC.

It is understood that Mr Masri has now commenced enforcement proceedings in the US and will soon be commencing proceedings in Lebanon where the companies are registered. Commenting, Simon Morgan a Partner at international law firm Simmons & Simmons, representing Mr Masri, said: "*It continues to surprise me that such a well known company would deliberately flout the Orders of the English court. However, as enforcement internationally continues, it will become increasingly difficult for CCC to continue to avoid satisfying the judgments of the English court*

# Bates No. 005

## Luzi-Hagerman, Carolynn

**From:**   Ben Dahdah [bendahdah@comcast.net]
**Sent:**   Wednesday, March 19, 2008 7:54 PM
**To:**     Costas, Peter
**Subject:** Breaking News

Hi Peter:

Are you in the office tonight?

If you are please call me now for breaking news.

Ben Dahdah
1 Mulberry Lane
Burlington, MA 01803
781-696-2990

# Bates No. 006

## Luzi-Hagerman, Carolynn

| | |
|---|---|
| **From:** | Ben Dahdah [bendahdah@comcast.net] |
| **Sent:** | Wednesday, March 19, 2008 8:38 PM |
| **To:** | Ben Dahdah; dmateyaschuk@dl.com |
| **Cc:** | Reardon, James J; Macmillan, Nick; Marina, Edgard; Costas, Peter; Khoury, Wail; Khoury, Wail; glgotteh@dl.com; Pepe, Lou; trohback@dl.com |

**Subject:** Re: Breaking News

Doug:

3rd Request to contact me.  I have put you all on notice that it is not me doing the web campaign against CCC.  I have volunteered to provide you with substantive information regarding the party (who's last name does not end in Dahdah) who is spearheading this campaign of vicious attacks against CCC and yet none of you have contacted me to give you this information.

I wonder how Judge Dorsey will see all of you and your failure to want to know about this pernicious individual.

So be it. Judge Dorsey is going to have a field day with this.  Counsel for plaintiff refusing to follow up on substantive info as to the identity of the person responsible for this campaign.

Enough said. Ball in your court. I have added Rohback to the list of lawyers I know of that represent your clients.

Again any attorney representing Client: Khoury, CCC, Morganti, etc.  is asked to urgently contact me.

781-696-2990

Ben Dahdah

----- Original Message -----
**From:** Ben Dahdah
**To:** Ben Dahdah ; dmateyaschuk@dl.com
**Cc:** Reardon, James J ; Macmillan, Nick ; Marina, Edgard ; Costas, Peter ; Khoury, Wail ; Khoury, Wail ; glgotteh@dl.com ; Pepe, Louis
**Sent:** Wednesday, March 19, 2008 8:17 PM
**Subject:** Re: Breaking News

Doug:

2nd request to contact me. I have added Pepe, Reardon and Gottehrer to the list of lawyers representing your client to pass on this very very critical information.

Regards,

Ben Dahdah

To any other attorney representing either CCC, Morganti, Wail Khoury or any combination of the above.

Now is the time to find out who is behind this vicious CCC web campaign.  You will be shocked and I have the substantive proof. Hint:  It is not my wife acting alone!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Any of the aforementioned attorneys...you need to exercise due diligence with this breaking news and contact me at once.

4/7/2008

I will make sure I let Judge Dorsey know of all your refusal to take this first hand breaking news.

It took some detective work but I fucking figured it out!!!

Ben Dahdah

781-696-2990

----- Original Message -----
**From:** Ben Dahdah
**To:** dmateyaschuk@dl.com
**Cc:** Macmillan, Nick ; Marina, Edgard ; Costas, Peter ; Khoury, Wail ; Khoury, Wail
**Sent:** Wednesday, March 19, 2008 7:57 PM
**Subject:** Breaking News

Doug:

Please give me a call immediately to give you information on the identity of the individual participating in this CCC smear campaign.  You will be shocked.

I am sure you have a blackberry and are already in receipt of this email.. so your client needs to mitigate damages now that it is brought to their attention.  Believe me I will make sure I let Judge Dorsey now about your client's unwillingness to pursue this lead.

Regards,

Ben Dahdah
1 Mulberry Lane
Burlington, MA 01803
781-696-2990

# Bates No. 007

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019-5389

tel  +1 212 424 8000
fax  +1 212 424 8500
dmateyaschuk@dl.com

March 19, 2008

**BY FEDEX & EMAIL**
Bandali Dahdah
1 Mulberry Lane
Burlington, MA 01803
(p) 781-696-2990
bendahdah@comcast.net

Dear Mr. Dahdah:

I write in response to your emails and voicemail transmitted to me on March 19, 2008. I received three emails from your account at bendahdah@comcast.net and two emails, transmitted from the same IP address, from hatafl@yahoo.com. Given that all five emails share an identical origin, absent evidence to the contrary, I will assume that you are responsible for each. These emails are attached for your convenience.

As previously advised, at this time, Dewey & LeBoeuf LLP is not counsel of record in the contempt proceedings pending before the District Court for the District of Connecticut in *Morganti Group, Inc., et al. v. Dahdah, et al.*, No. 3:01-CV-00574. It is, therefore, *strongly recommended* that you discontinue sending correspondence to this firm with regard to these matters absent advice of counsel or any legal requirement to do so.

Moreover, the public docket for your contempt proceeding reflects your recent submission of responsive papers. It is therefore apparent that you know that counsel of record in this matter is Mr. Peter L. Costas, Esq. and his associated law firm. Please direct your correspondence accordingly.

Very truly yours,

Douglas W. Mateyaschuk II

cc:    Mr. Peter L. Costas, Esq. (by electronic mail)

NEW YORK  |  LONDON MULTINATIONAL PARTNERSHIP  |  WASHINGTON, DC

ALBANY  |  ALMATY  |  AUSTIN  |  BEIJING  |  BOSTON  |  BRUSSELS  |  CHARLOTTE  |  CHICAGO  |  DUBAI

EAST PALO ALTO  |  FRANKFURT  |  HARTFORD  |  HONG KONG  |  HOUSTON  |  JACKSONVILLE  |  JOHANNESBURG (PTY) LTD.

LOS ANGELES | MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW

007

## Mateyaschuk, Douglas

| | |
|---|---|
| **From:** | One Two [hataf1@yahoo.com] |
| **Sent:** | Wednesday, March 19, 2008 4:35 PM |
| **To:** | Mateyaschuk, Douglas |
| **Cc:** | wailkhoury@instantemail.t-mobile.co.uk; 11315.2@compuserve.com |

**Subject:** Web site

Doug:

Apparently you are too stupid and incompetent to take my web page down. You have been at it for over a month and you have failed to keep it offline. Tell me how much money has your client wasted on your hopeless efforts.

Perhaps you can do better flipping burgers at Mickey Dees.

www.hataf.net

Long live the internet!

yeahhaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

3/19/2008

Microsoft Mail Internet Headers Version 2.0
Received: from nybh01.llgm.com ([10.4.218.60]) by NYEXVS1.llgm.com with
Microsoft SMTPSVC(6.0.3790.1830);
        Wed, 19 Mar 2008 16:34:42 -0400
Received: from psmtp.com ([64.18.0.126]) by nybh01.llgm.com with Microsoft
SMTPSVC(6.0.3790.211);
        Wed, 19 Mar 2008 16:34:41 -0400
Received: from source ([98.136.44.49]) by exprod5mx240.postini.com ([64.18.4.10])
with SMTP;
        Wed, 19 Mar 2008 16:34:40 EDT
Received: from [216.252.122.219] by n57.bullet.mail.sp1.yahoo.com with NNFMP; 19
Mar 2008 20:34:40 -0000
Received: from [69.147.84.88] by t4.bullet.sp1.yahoo.com with NNFMP; 19 Mar 2008
20:34:40 -0000
Received: from [127.0.0.1] by omp204.mail.sp1.yahoo.com with NNFMP; 19 Mar 2008
20:34:40 -0000
X-Yahoo-Newman-Property: ymail-3
X-Yahoo-Newman-Id: 687741.91398.bm@omp204.mail.sp1.yahoo.com
Received: (qmail 76267 invoked by uid 60001); 19 Mar 2008 20:34:40 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=X-YMail-OSG:Received:X-Mailer:Date:From:Subject:To:Cc:MIME-
Version:Content-Type:Message-ID;

b=OrEXhiYB70ykPE31GliieL1XFghNM4ctNHDqOLfV658vh3eWTs777HwlSp5ObhP
C4BhlFpBgzszIcGQuXscJXpZCVG3Oi8klDSJyGCyHpVTwPEIoDhTYnJhr0g9txIrD6k
UExT3e+cf97YLlQeSJ3Pa4OXpziGcHKwAse7E2oLk=;
X-YMail-OSG:
PCbMriMVM1mvN5k1pra_ipQAyIP0Tip.aOf2qXpmKp5UYWxk1SSyHqgIL8JBpXJ_1
Q--
**Received: from [24.34.108.179] by web45707.mail.sp1.yahoo.com via HTTP; Wed,
19 Mar 2008 13:34:40 PDT**
X-Mailer: YahooMailRC/902.38 YahooMailWebService/0.7.162
Date: Wed, 19 Mar 2008 13:34:40 -0700 (PDT)
From: One Two <hatafl@yahoo.com>
Subject: Web site
To: dmateyaschuk@deweyleboeuf.com
Cc: wailkhoury@instantemail.t-mobile.co.uk, 11315.2@compuserve.com
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-69346671-1205958880=:75652"
Message-ID: <602327.75652.qm@web45707.mail.sp1.yahoo.com>
X-pstn-neptune: 0/0/0.00/0
X-pstn-levels:    (S:33.89028/99.90000 CV:99.9000 LC:95.5390 R:95.9108 P:95.9108
M:94.9308 C:98.6951 )
X-pstn-settings: 2 (0.5000:0.5000) s cv lc gt3 gt2 gt1 ft lt r p m c
X-pstn-addresses: from <hatafl@yahoo.com> [db-null]

Return-Path: hataf1@yahoo.com
X-OriginalArrivalTime: 19 Mar 2008 20:34:41.0658 (UTC)
FILETIME=[A8CB2DA0:01C88A00]

--0-69346671-1205958880=:75652
Content-Type: text/plain; charset=us-ascii

--0-69346671-1205958880=:75652
Content-Type: text/html; charset=us-ascii


--0-69346671-1205958880=:75652—

**Originating IP:  24.34.108.179**

**Mateyaschuk, Douglas**

| | |
|---|---|
| **From:** | One Two [hataf1@yahoo.com] |
| **Sent:** | Wednesday, March 19, 2008 5:26 PM |
| **To:** | Mateyaschuk, Douglas; Wail Khoury |
| **Subject:** | Web Page |

What's the matter Doug. Your phone call to Denise Wheeless was not succesfull?

Wow you have her direct number I see. You called and she said there was nothing to do.

For every web hosting you take down, there are 1000s of hosting companies to host the site... I can register another site at a whim as well.. you are fighting a losing battle.. time to hang up your shingles and go flip burgers!

Your client should know that you are asleep at the wheel.. you had no idea I activated hataf.net again until I notified you.. I can see it online..

I thought your client was paying you good money to stay on top of this.. oh well you are such a slacker...

yeahhaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa

Never miss a thing. Make Yahoo your homepage.

Microsoft Mail Internet Headers Version 2.0
Received: from nybh01.llgm.com ([10.4.218.60]) by NYEXVS1.llgm.com with
Microsoft SMTPSVC(6.0.3790.1830);
          Wed, 19 Mar 2008 17:25:33 -0400
Received: from psmtp.com ([64.18.0.69]) by nybh01.llgm.com with Microsoft
SMTPSVC(6.0.3790.211);
          Wed, 19 Mar 2008 17:25:33 -0400
Received: from source ([98.136.44.46]) by exprod5mx210.postini.com ([64.18.4.10])
with SMTP;
          Wed, 19 Mar 2008 14:25:32 PDT
Received: from [216.252.122.219] by n58.bullet.mail.sp1.yahoo.com with NNFMP; 19
Mar 2008 21:25:32 -0000
Received: from [69.147.84.116] by t4.bullet.sp1.yahoo.com with NNFMP; 19 Mar 2008
21:25:32 -0000
Received: from [127.0.0.1] by omp208.mail.sp1.yahoo.com with NNFMP; 19 Mar 2008
21:25:32 -0000
X-Yahoo-Newman-Property: ymail-3
X-Yahoo-Newman-Id: 638293.41730.bm@omp208.mail.sp1.yahoo.com
Received: (qmail 38560 invoked by uid 60001); 19 Mar 2008 21:25:32 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=X-YMail-OSG:Received:X-Mailer:Date:From:Subject:To:MIME-Version:Content-
Type:Message-ID;

b=dzErQ6vFV45VWnliVdZxXTQBa2/Z+Q4NDm31laSpWD4jXQymzgv5HgCW2HJBf
F9raqKPrjyEMFkWybKHVSUtM0CFSX6hpbrJNVYA6BTizLHn2r172QnIkgZmqyoZif
3HRapdwilgZbsed7d10JZhYwt6YZ1zErS9qG7OHdZXslk=;
X-YMail-OSG:
Khk0D3EVM1mx8mjVQLHXCSWRvnhqmvsmN.taYgdc4SyTROfrt8a.lf2m_lsgQ4Gu
m9iPSxKwQiIE2fjZsryToKUVug--
**Received: from [24.34.108.179] by web45713.mail.sp1.yahoo.com via HTTP; Wed,
19 Mar 2008 14:25:32 PDT**
X-Mailer: YahooMailRC/902.38 YahooMailWebService/0.7.162
Date: Wed, 19 Mar 2008 14:25:32 -0700 (PDT)
From: One Two <hatafl@yahoo.com>
Subject: Web Page
To: Doug Mateyaschuk <dmateyaschuk@deweyleboeuf.com>,
  Wail Khoury <wailkhoury@instantemail.t-mobile.co.uk>
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="0-1013422196-1205961932=:38344"
Message-ID: <534171.38344.qm@web45713.mail.sp1.yahoo.com>
X-pstn-neptune: 0/0/0.00/0
X-pstn-levels:    (S:14.30864/99.90000 CV:99.9000 LC:95.5390 R:95.9108 P:95.9108
M:97.0282 C:98.6951 )
X-pstn-settings: 2 (0.5000:0.5000) s cv lc gt3 gt2 gtl ft lt r p m c
X-pstn-addresses: from <hatafl@yahoo.com> [db-null]

Return-Path: hataf1@yahoo.com
X-OriginalArrivalTime: 19 Mar 2008 21:25:33.0596 (UTC)
FILETIME=[C3E3F5C0:01C88A07]

--0-1013422196-1205961932=:38344
Content-Type: text/plain; charset=us-ascii

--0-1013422196-1205961932=:38344
Content-Type: text/html; charset=us-ascii

--0-1013422196-1205961932=:38344—

**Originating IP: 24.34.108.179**

## Mateyaschuk, Douglas

**From:** Ben Dahdah [bendahdah@comcast.net]
**Sent:** Wednesday, March 19, 2008 7:57 PM
**To:** Mateyaschuk, Douglas
**Cc:** Macmillan, Nick; Marina, Edgard; Costas, Peter; Khoury, Wail; Khoury, Wail
**Subject:** Breaking News

Doug:

Please give me a call immediately to give you information on the identity of the individual participating in this CCC smear campaign.  You will be shocked.

I am sure you have a blackberry and are already in receipt of this email.. so your client needs to mitigate damages now that it is brought to their attention.  Believe me I will make sure I let Judge Dorsey now about your client's unwillingness to pursue this lead.

Regards,

Ben Dahdah
1 Mulberry Lane
Burlington, MA 01803
781-696-2990

Microsoft Mail Internet Headers Version 2.0
Received: from nybh01.llgm.com ([10.4.218.60]) by NYEXVS1.llgm.com with
Microsoft SMTPSVC(6.0.3790.1830);
     Wed, 19 Mar 2008 19:57:28 -0400
Received: from psmtp.com ([64.18.0.163]) by nybh01.llgm.com with Microsoft
SMTPSVC(6.0.3790.211);
     Wed, 19 Mar 2008 19:57:27 -0400
Received: from source ([76.96.62.64]) by exprod5mx243.postini.com ([64.18.4.10]) with
SMTP;
     Wed, 19 Mar 2008 15:45:11 PST
Received: from OMTA01.westchester.pa.mail.comcast.net ([76.96.62.11])
     by QMTA07.westchester.pa.mail.comcast.net with comcast
     id 3BoP1Z00R0EZKEL5702w00; Wed, 19 Mar 2008 23:56:31 +0000
**Received: from Boston ([24.34.108.179])**
     by OMTA01.westchester.pa.mail.comcast.net with comcast
     id 3BxH1Z00R3sG8y03M00000; Wed, 19 Mar 2008 23:57:18 +0000
X-Authority-Analysis: v=1.0 c=1 a=G-moLJngtnqjZuG6fPIA:9
 a=Y777FFNyD94-WHvvylAA:7 a=zYuwZhC2lJARXNq2SeFQ_-GLmt0A:4
a=Z3oUbarWJPgA:10
 a=ziFrdkHw70AA:10 a=CthW0aoDN7vwczc6QmUA:9
a=BaqEOZpbXb0kmG4dR1wA:7
 a=josAay1be1Hf2PSzlb_OZpvOqeQA:4 a=AfD3MYMu9mQA:10
Message-ID: <AF860879C5EE40B5BCBFF07E570EE976@Boston>
From: "Ben Dahdah" <bendahdah@comcast.net>
To: <dmateyaschuk@dl.com>
Cc: "Macmillan, Nick" <nmacmillan@hannahmould.com>,
     "Marina, Edgard" <LA1@ccc.gr>,
     "Costas, Peter" <pcostas@pepehazard.com>,
     "Khoury, Wail" <wailkhoury@instantemail.t-mobile.co.uk>,
     "Khoury, Wail" <113157.32@compuserve.com>
Subject: Breaking News
Date: Wed, 19 Mar 2008 19:57:12 -0400
MIME-Version: 1.0
Content-Type: multipart/alternative;
     boundary="----=_NextPart_000_0099_01C889FB.6C71E7E0"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Windows Mail 6.0.6001.18000
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18000
X-pstn-neptune: 0/0/0.00/0
X-pstn-levels:    (S:28.84272/99.90000 CV:99.9000 LC:95.5390 R:95.9108 P:95.9108
M:97.0282 C:98.6951 )
X-pstn-settings: 2 (0.5000:0.5000) s cv lc gt3 gt2 gt1 ft lt r p m c
X-pstn-addresses: from <bendahdah@comcast.net> [db-null]
Return-Path: bendahdah@comcast.net

X-OriginalArrivalTime: 19 Mar 2008 23:57:27.0831 (UTC)
FILETIME=[FC65DA70:01C88A1C]

------=_NextPart_000_0099_01C889FB.6C71E7E0
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

------=_NextPart_000_0099_01C889FB.6C71E7E0
Content-Type: text/html;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

------=_NextPart_000_0099_01C889FB.6C71E7E0—

**Originating IP: 24.34.108.179**

## Mateyaschuk, Douglas

| | |
|---|---|
| **From:** | Ben Dahdah [bendahdah@comcast.net] |
| **Sent:** | Wednesday, March 19, 2008 8:17 PM |
| **To:** | Ben Dahdah; Mateyaschuk, Douglas |
| **Cc:** | Reardon, James J.; Macmillan, Nick; Marina, Edgard; Costas, Peter; Khoury, Wail; Khoury, Wail; Gottehrer, Gail L.; Pepe, Louis |

**Subject:** Re: Breaking News

Doug:

2nd request to contact me. I have added Pepe, Reardon and Gottehrer to the list of lawyers representing your client to pass on this very very critical information.

Regards,

Ben Dahdah

To any other attorney representing either CCC, Morganti, Wail Khoury or any combination of the above.

Now is the time to find out who is behind this vicious CCC web campaign. You will be shocked and I have the substantive proof. Hint: It is not my wife acting alone!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Any of the aforementioned attorneys...you need to exercise due diligence with this breaking news and contact me at once.

I will make sure I let Judge Dorsey know of all your refusal to take this first hand breaking news.

It took some detective work but I fucking figured it out!!!

Ben Dahdah

781-696-2990

----- Original Message -----
**From:** Ben Dahdah
**To:** dmateyaschuk@dl.com
**Cc:** Macmillan, Nick ; Marina, Edgard ; Costas, Peter ; Khoury, Wail ; Khoury, Wail
**Sent:** Wednesday, March 19, 2008 7:57 PM
**Subject:** Breaking News

Doug:

Please give me a call immediately to give you information on the identity of the individual participating in this CCC smear campaign. You will be shocked.

I am sure you have a blackberry and are already in receipt of this email.. so your client needs to mitigate damages now that it is brought to their attention. Believe me I will make sure I let Judge Dorsey now about your client's unwillingness to pursue this lead.

Regards,

Ben Dahdah
1 Mulberry Lane

3/19/2008

Burlington, MA 01803
781-696-2990

Microsoft Mail Internet Headers Version 2.0
Received: from nybh01.llgm.com ([10.4.218.60]) by NYEXVS1.llgm.com with
Microsoft SMTPSVC(6.0.3790.1830);
　　　　Wed, 19 Mar 2008 20:17:19 -0400
Received: from psmtp.com ([64.18.0.79]) by nybh01.llgm.com with Microsoft
SMTPSVC(6.0.3790.211);
　　　　Wed, 19 Mar 2008 20:17:18 -0400
Received: from source ([76.96.62.64]) by exprod5mx220.postini.com ([64.18.4.10]) with
SMTP;
　　　　Wed, 19 Mar 2008 20:15:34 EDT
Received: from OMTA04.westchester.pa.mail.comcast.net ([76.96.62.35])
　　　　by QMTA07.westchester.pa.mail.comcast.net with comcast
　　　　id 3C6r1Z00301dTLk5701z00; Thu, 20 Mar 2008 00:16:21 +0000
**Received: from Boston ([24.34.108.179])**
　　　　by OMTA04.westchester.pa.mail.comcast.net with comcast
　　　　id 3CHC1Z00Q3sG8y03Q00000; Thu, 20 Mar 2008 00:17:14 +0000
X-Authority-Analysis: v=1.0 c=1 a=JhkIxOwDqm70yuq6UbgA:9
 a=JdwVt8hDMJLe9DIfg-8A:7 a=_wKYa7BWN86YHERM6IvvWxVZHRQA:4
 a=VPFp1AqgZwwA:10
 a=Z3oUbarWJPgA:10 a=ziFrdkHw70AA:10 a=k3YhJwdcbqFIXY-E0nUA:9
 a=JOlaX5NgbPXeWLKmOSkA:7 a=AAT82wV6iFaEZc9xKvfO6a5tV7EA:4
 a=si9q_4b84H0A:10
 a=ZsLK-rGOhjgA:10 a=h8VtSpoh-McA:10 a=L4oMOtycyK8A:10
 a=AfD3MYMu9mQA:10
Message-ID: <D93F380B5B0C4F6C87BFFD2F3EE4764C@Boston>
From: "Ben Dahdah" <bendahdah@comcast.net>
To: "Ben Dahdah" <bendahdah@comcast.net>,
　　　　<dmateyaschuk@dl.com>
Cc: "Reardon, James J" <jreardon@llgm.com>,
　　　　"Macmillan, Nick" <nmacmillan@hannahmould.com>,
　　　　"Marina, Edgard" <LA1@ccc.gr>,
　　　　"Costas, Peter" <pcostas@pepehazard.com>,
　　　　"Khoury, Wail" <wailkhoury@instantemail.t-mobile.co.uk>,
　　　　"Khoury, Wail" <113157.32@compuserve.com>,
　　　　<glgotteh@dl.com>,
　　　　"Pepe, Louis" <lpepe@pepehazard.com>
Subject: Re: Breaking News
Date: Wed, 19 Mar 2008 20:17:07 -0400
MIME-Version: 1.0
Content-Type: multipart/alternative;
　　　　boundary="----=_NextPart_000_00B3_01C889FE.34A5AAB0"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Windows Mail 6.0.6001.18000
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18000
X-pstn-neptune: 0/0/0.00/0

X-pstn-levels:    (S:99.90000/99.90000 CV:99.9000 LC:93.6803 R:95.9108 P: 2.0672
M:97.0282 C:98.6951 )
X-pstn-settings: 2 (0.5000:0.5000) s cv lc gt3 gt2 gt1 ft lt r P m c
X-pstn-addresses: from <bendahdah@comcast.net> [db-null]
Return-Path: bendahdah@comcast.net
X-OriginalArrivalTime: 20 Mar 2008 00:17:18.0707 (UTC)
FILETIME=[C2371C30:01C88A1F]
------=_NextPart_000_00B3_01C889FE.34A5AAB0
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
------=_NextPart_000_00B3_01C889FE.34A5AAB0
Content-Type: text/html;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
------=_NextPart_000_00B3_01C889FE.34A5AAB0—

**Originating IP: 24.34.108.179**

**Mateyaschuk, Douglas**

| | |
|---|---|
| **From:** | Ben Dahdah [bendahdah@comcast.net] |
| **Sent:** | Wednesday, March 19, 2008 8:38 PM |
| **To:** | Ben Dahdah; Mateyaschuk, Douglas |
| **Cc:** | Reardon, James J.; Macmillan, Nick; Marina, Edgard; Costas, Peter; Khoury, Wail; Khoury, Wail; Gottehrer, Gail L.; Pepe, Louis; Rohback, Thomas G. |

**Subject:** Re: Breaking News

Doug:

3rd Request to contact me. I have put you all on notice that it is not me doing the web campaign against CCC. I have volunteered to provide you with substantive information regarding the party (who's last name does not end in Dahdah) who is spearheading this campaign of vicious attacks against CCC and yet none of you have contacted me to give you this information.

I wonder how Judge Dorsey will see all of you and your failure to want to know about this pernicious individual.

So be it. Judge Dorsey is going to have a field day with this. Counsel for plaintiff refusing to follow up on substantive info as to the identity of the person responsible for this campaign.

Enough said. Ball in your court. I have added Rohback to the list of lawyers I know of that represent your clients.

Again any attorney representing Client: Khoury, CCC, Morganti, etc. is asked to urgently contact me.

781-696-2990

Ben Dahdah

----- Original Message -----
**From:** Ben Dahdah
**To:** Ben Dahdah ; dmateyaschuk@dl.com
**Cc:** Reardon, James J ; Macmillan, Nick ; Marina, Edgard ; Costas, Peter ; Khoury, Wail ; Khoury, Wail ; glgotteh@dl.com ; Pepe, Louis
**Sent:** Wednesday, March 19, 2008 8:17 PM
**Subject:** Re: Breaking News

Doug:

2nd request to contact me. I have added Pepe, Reardon and Gottehrer to the list of lawyers representing your client to pass on this very very critical information.

Regards,

Ben Dahdah

To any other attorney representing either CCC, Morganti, Wail Khoury or any combination of the above.

Now is the time to find out who is behind this vicious CCC web campaign. You will be shocked and I have the substantive proof. Hint: It is not my wife acting alone!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Any of the aforementioned attorneys...you need to exercise due diligence with this breaking news and contact me at once.

3/19/2008

I will make sure I let Judge Dorsey know of all your refusal to take this first hand breaking news.

It took some detective work but I fucking figured it out!!!

Ben Dahdah

781-696-2990

----- Original Message -----
**From:** Ben Dahdah
**To:** dmateyaschuk@dl.com
**Cc:** Macmillan, Nick ; Marina, Edgard ; Costas, Peter ; Khoury, Wail ; Khoury, Wail
**Sent:** Wednesday, March 19, 2008 7:57 PM
**Subject:** Breaking News

Doug:

Please give me a call immediately to give you information on the identity of the individual participating in this CCC smear campaign. You will be shocked.

I am sure you have a blackberry and are already in receipt of this email.. so your client needs to mitigate damages now that it is brought to their attention. Believe me I will make sure I let Judge Dorsey now about your client's unwillingness to pursue this lead.

Regards,

Ben Dahdah
1 Mulberry Lane
Burlington, MA 01803
781-696-2990

Microsoft Mail Internet Headers Version 2.0
Received: from nybh01.llgm.com ([10.4.218.60]) by NYEXVS1.llgm.com with
Microsoft SMTPSVC(6.0.3790.1830);
          Wed, 19 Mar 2008 20:37:46 -0400
Received: from psmtp.com ([64.18.0.119]) by nybh01.llgm.com with Microsoft
SMTPSVC(6.0.3790.211);
          Wed, 19 Mar 2008 20:37:45 -0400
Received: from source ([76.96.62.32]) by exprod5mx233.postini.com ([64.18.4.10]) with
SMTP;
          Wed, 19 Mar 2008 17:37:37 PDT
Received: from OMTA03.westchester.pa.mail.comcast.net ([76.96.62.27])
          by QMTA03.westchester.pa.mail.comcast.net with comcast
          id 3CTZ1Z00C0bG4ec5300u00; Thu, 20 Mar 2008 00:36:42 +0000
**Received: from Boston ([24.34.108.179])**
          by OMTA03.westchester.pa.mail.comcast.net with comcast
          id 3Cdj1Z00H3sG8y03P00000; Thu, 20 Mar 2008 00:37:44 +0000
X-Authority-Analysis: v=1.0 c=1 a=xk74AxtLRYYKk4YSlqMA:9
 a=01TUZnwwrHriN059tcEA:7 a=TUEyi7J3pZVXJ40YyYyP_6HpVcwA:4
 a=VPFp1AqgZwwA:10
 a=Z3oUbarWJPgA:10 a=ziFrdkHw70AA:10 a=2F5UviZWEztS6Y-7RVAA:9
 a=jniNhby_dvET5BrOypQA:7 a=SN04R_CzFeQEaI2lsdWESmwaQbsA:4
 a=si9q_4b84H0A:10
 a=5Ou4YOyTOvIA:10 a=ZsLK-rGOhjgA:10 a=h8VtSpoh-McA:10
 a=L4oMOtycyK8A:10
 a=-W3pkGoKHtcA:10 a=AfD3MYMu9mQA:10
Message-ID: <D058B4153F43479AB35E8922334B1E8B@Boston>
From: "Ben Dahdah" <bendahdah@comcast.net>
To: "Ben Dahdah" <bendahdah@comcast.net>,
          <dmateyaschuk@dl.com>
Cc: "Reardon, James J" <jreardon@llgm.com>,
          "Macmillan, Nick" <nmacmillan@hannahmould.com>,
          "Marina, Edgard" <LA1@ccc.gr>,
          "Costas, Peter" <pcostas@pepehazard.com>,
          "Khoury, Wail" <wailkhoury@instantemail.t-mobile.co.uk>,
          "Khoury, Wail" <113157.32@compuserve.com>,
          <glgotteh@dl.com>,
          "Pepe, Louis" <lpepe@pepehazard.com>,
          <trohback@dl.com>
Subject: Re: Breaking News
Date: Wed, 19 Mar 2008 20:37:38 -0400
MIME-Version: 1.0
Content-Type: multipart/alternative;
          boundary="----=_NextPart_000_00F7_01C88A01.120A1470"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Windows Mail 6.0.6001.18000

X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18000
X-pstn-neptune: 0/0/0.00/0
X-pstn-levels:    (S:99.90000/99.90000 CV:99.9000 LC:93.6803 R:95.9108 P: 2.0672
M:97.0282 C:98.6951 )
X-pstn-settings: 2 (0.5000:0.5000) s cv lc gt3 gt2 gt1 ft lt r P m c
X-pstn-addresses: from <bendahdah@comcast.net> [db-null]
Return-Path: bendahdah@comcast.net
X-OriginalArrivalTime: 20 Mar 2008 00:37:45.0866 (UTC)
FILETIME=[9DA8B6A0:01C88A22]
------=_NextPart_000_00F7_01C88A01.120A1470
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
------=_NextPart_000_00F7_01C88A01.120A1470
Content-Type: text/html;
        charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
------=_NextPart_000_00F7_01C88A01.120A1470—

**Originating IP: 24.34.108.179**

MARCH 19, 2008

# Bates No. 008

## Luzi-Hagerman, Carolynn

**From:**   Mateyaschuk, Douglas [DMateyaschuk@deweyleboeuf.com]

**Sent:**   Thursday, March 20, 2008 11:45 AM

**To:**   Ben Dahdah; hataf1@yahoo.com

**Cc:**   Costas, Peter

**Subject:** In re Contempt Proceedings

Dear Mr. Dahdah,

Please see attached correspondence.

Very truly yours,
Douglas W. Mateyaschuk II, Esq.

---

Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

=========================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.
=========================================================================

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019-5389

tel  +1 212 424 8000
fax  +1 212 424 8500
dmateyaschuk@dl.com

March 20, 2008

**BY FACSIMILE & EMAIL**
Bandali Dahdah
1 Mulberry Lane
Burlington, MA 01803
(p) 781-696-2990
(f) 781-365-1114
bendahdah@comcast.net
hataf1@yahoo.com

Dear Mr. Dahdah:

  I write in response to your emails and voicemail transmitted March 20, 2008. As you may recall, in a series of emails to me in November of 2006 and a phone call to me on December 8, 2006 you admitted to acting in concert with your wife to further what you now describe as "vicious attacks against CCC." Given the fact that you alone have now attempted to contact my office multiple times in the past two months in connection with this matter; that all of the telefaxes sent to CCC's offices have originated from your home telefax number; that during your time in London, telefaxes from your home to CCC subsided; that virtually all of the emails in question originate from your home IP address; that all of the emails I have received from you, your wife, and "unidentified" parties in the past three years have been consistent in tone and character; that all of the Web sites at issue have been consistent in tone and content; that in response to Comcast's recent conversation with you, the email contact on subsequent transmissions to CCC was changed from hataf@comcast.net to hataf1@yahoo.com; among other information, I am quite certain of your involvement in this tortious, if not criminal, behavior. However, I am presently not before the District Court.

  As a *pro se* defendant, I, on behalf of Dewey & LeBoeuf, have afforded you the courtesy of repeated warnings that your contacts with this firm are producing evidence that may be admissible against you at future legal proceedings. Yet, if this matter has made anything clear it is that I cannot control your communications.

  In the end, Dewey & LeBoeuf is not the party you need to convince of your innocence. As you know, that matter was scheduled to be heard before the District Court on March 17, 2008. It appears that you moved to have that hearing rescheduled because you would be out of the country for the months of March and April. The docket

NEW YORK  |  LONDON MULTINATIONAL PARTNERSHIP  |  WASHINGTON, DC
ALBANY  |  ALMATY  |  AUSTIN  |  BEIJING  |  BOSTON  |  BRUSSELS  |  CHARLOTTE  |  CHICAGO  |  DUBAI
EAST PALO ALTO  |  FRANKFURT  |  HARTFORD  |  HONG KONG  |  HOUSTON  |  JACKSONVILLE  |  JOHANNESBURG (PTY) LTD.
LOS ANGELES | MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW

Mr. Bandali Dahdah
Page 2

reflects that your motion was granted.  However, it is my understanding from your voicemail and emails that you are presently in Boston.  Yet, again, that matter is between you, Mr. Costas and the Court.

Very truly yours,

Douglas W. Mateyaschuk II

cc:    Mr. Peter L. Costas, Esq. (by facsimile)

# Bates No. 009

## Luzi-Hagerman, Carolynn

**From:**      Ben Dahdah [bendahdah@comcast.net]

**Sent:**      Thursday, March 20, 2008 12:33 PM

**To:**        Mateyaschuk, Douglas

**Cc:**        Reardon, James J; Costas, Peter; Macmillan, Nick; Khoury, Wail; Khoury, Wail; Pepe, Lou

**Subject:** Re: In re Contempt Proceedings

Doug:

Is that the best you can do?  You are referring to an alleged phone call to you on Dec. 8, 2006 which is more than a year ago.. did you tape that conversation.  Even for the sake of argument, assuming that it is true there were no web site active at that time.

The reason I am back in Boston is very simple.  At the time I was scheduled to go on to Amman and I canceled my flight to meet with Mr. Macmillan and postpone my flight to Amman for an extra day.  When that extra day passed, the airfair was not available at a reasonable price and the fair back to Boston was cheaper.  I did not have the funds to change either ticket.

I illegally used my wife's credit card that can be verified with the Virgin travel agent if need be at Heathrow to get back to Boston as I did not have a penny to make it to Jordan on the new flight as the change fare and the new fare to change was over $1,200, and my wife barely had enough on her credit card to get me back to Boston.  In fact I will pdf you a receipt shortly.

This rescheduling was made to accommodate your client's meeting on Friday when information was handed to your client.

I would be careful with your choice of words... saying criminal behavior when no criminal behavior was at hand.

You are still refusing to take new evidence.  Just because I might have cried wolf too many times in the past, it does not relieve you of your due diligence obligation to pursue whatever lead I might have.. especially since Costas is refusing to accept it.

Why don't you just call, take the information and then decide if it is a substantive break to your case.

You seem to also forget that the website was taken down during my stay in London.  How could I have done it from London?  Also I believe the fax's might have stopped as an agreement between your client and my wife.

Anyway I have nothing to hide.. you need to stop disproving what I have, accept it, and then evaluate it.  Your refusal to take this information leaves you liable to your client in the future of lack of due diligence.

Perhaps that is why Edgard Marina, chief counsel for Consolidated Contractors Company personally told me in a phone conversation that you are the worst law firm that your firm messed up by allowing the British courts to find jurisdictional issues to allow Masri to sue in the UK.  He flat out blamed it on your firm.  You are leading your client down that same primrose path.

Also just because I received I phone call from Comcast, does that mean you listened on in the conversation.  I was told someone was using a comcast account in a way not acceptable to Comcast TOS and I was asked to remove it, and I did.  That certainly does not make me the author.

It seems funny that you refuse to accept correspondence from me, yet Costas copies you on all correspondence to me.

The fact of the matter is your firm is in charge of taking down the websites and any and all information received should be treated as a possible lead and not discounted.  To say otherwise means you are not executing your

4/7/2008

obligation to your client in a responsible manner.

Ben Dahdah

----- Original Message -----
**From:** Mateyaschuk, Douglas
**To:** Ben Dahdah ; hataf1@yahoo.com
**Cc:** PCOSTAS@PepeHazard.com
**Sent:** Thursday, March 20, 2008 11:45 AM
**Subject:** In re Contempt Proceedings

Dear Mr. Dahdah,

Please see attached correspondence.

Very truly yours,
Douglas W. Mateyaschuk II, Esq.

---

Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

=====================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.
=====================================================================

# Bates No. 010

## Luzi-Hagerman, Carolynn

**From:**    Ben Dahdah [bendahdah@comcast.net]

**Sent:**    Thursday, March 20, 2008 12:52 PM

**To:**    Costas, Peter; Mateyaschuk, Douglas

**Cc:**    Khoury, Wail; Khoury, Wail; Macmillan, Nick; Pepe, Lou

**Subject:** Dahdah Flight Details

Doug:

As I said I have nothing to hide. Enclosed you will see that my credit card was declined for any amount of travel transaction. It was not until I used and signed my wife's credit card that I was allowed to travel. The Virgin travel agent at Heathrow caught it but I pleaded with her to allow me to travel, as I told her I did not have the funds to do the change to Jordan. Your email made it seem that I was trying to circumvent the Judge. The change was made to accommodate your client while I was in the UK. Nick Macmillan can verify that. I sent him an email telling him I am cancelling my Jordan flight to meet with him.

In fact Mr. Macmillan will confirm that he is aware that I spoke to him and sent him an email telling him that I was cancelling my Friday flight to Jordan so that we can meet and talk and negotiate. I could not rebook at a cheaper rate as Jordan was $1,200 for the change, so I just bought a fresh roundtrip London-Boston-London flight for under $700.

I cancelled my Jordan flight to ACCOMMODATE YOUR CLIENT!

Ben Dahdah

010

VIRGIN ATLANTIC AIRWAYS
TERMINAL 3 HEATHROW
HOUNSLOW
M540436101220812
TID36405058
MASTERCARD

S449 1787 8863 9880
EXP 05/09
SWIPED

SALE

AMOUNT          £370.40
PLEASE DEBIT MY ACCOUNT

THANK YOU
PLEASE KEEP THIS RECEIPT
FOR YOUR RECORDS
13:18 16/03/08    40DLR 43
DECLINED
NOT AUTHORISED
RECEIPT 3426

VIRGIN ATLANTIC AIRWAYS
TERMINAL 3 HEATHROW
HOUNSLOW
M540436101220812
TID36405058
MASTERCARD

**** **** **** 4059
EXP 10/09
SWIPED

SALE

CUSTOMER COPY
AMOUNT          £370.40
SIGNATURE VERIFIED
THANK YOU
PLEASE KEEP THIS RECEIPT
FOR YOUR RECORDS
13:20 16/03/08
AUTH CODE:683652
AUTH CODE: 683652
RECEIPT 3427



VIRGIN ATLANTIC AIRWAYS
TERMINAL 3 HEATHROW
HOUNSLOW
M540436101220812
TID36405058
MASTERCARD

**** **** **** 9880
EXP 05/09
SWIPED

SALE

CUSTOMER COPY
AMOUNT          £370.40
SIGNATURE VERIFIED
THANK YOU
13:18 16/03/08    40DLR 43
DECLINED
NOT AUTHORISED
RECEIPT 3426



# MARCH 20, 2008

# Bates No. 011

## Luzi-Hagerman, Carolynn

**From:** Mateyaschuk, Douglas [DMateyaschuk@deweyleboeuf.com]
**Sent:** Monday, March 24, 2008 2:31 PM
**To:** Costas, Peter
**Subject:** In re Dahdah

Peter,

Attached please find the voicemails Ben left for me last week. You'll notice on the 3/19 (1) voicemail, Ben states that he is in Boston. On the 3/20 email, he acknowledges that he has "cried wolf too many times in the past." On the 3/21 voicemail, he simply threatens me with "payback," a lawsuit, and erroneously accuses me of harassing him.

Due to a hearing tomorrow, the other attorneys I need to speak to concerning my declaration are otherwise engaged. They will be free tomorrow afternoon. Can we talk tomorrow around 4:30?

Doug

------------------------------------------------
Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

============================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited. If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer. Thank you.
============================================================================

MARCH 24, 2008

# Bates No. 012

## Albanese, Olivia

| | |
|---|---|
| **From:** | Elizabeth Dahdah [elizabeth.dahdah@gmail.com] |
| **Sent:** | Monday, March 31, 2008 7:20 PM |
| **To:** | Khoury, Wael |
| **Cc:** | Costas, Peter |
| **Subject:** | Please respond |

Dear Wael

I have no place to go, no money and two children to take care of. I certainly have no plans to move out right now and disrupt our lives even further. Bandali is not talking to me and I don't know what is going on. He is full of rage and I can't talk to him. He is angry at me, too. As I said before, I have done nothing to you or your family, CCC, Morganti etc...I don't know what to do.

Bandali is under too much stress. He is going to explode soon.
I don't know how much more he can take.

Liz

4/4/2008

# MARCH 31, 2008

# Bates No. 013

## Luzi-Hagerman, Carolynn

| | |
|---|---|
| **From:** | Bandali Dahdah [bendahdah@gmail.com] |
| **Sent:** | Tuesday, April 01, 2008 11:25 AM |
| **To:** | Costas, Peter |
| **Subject:** | Fw: Virgin Atlantic e-Ticket |

Peter:

Please note per attached ticket that I am on my way to London on Monday and then on to Jordan to attend my father's 1 year service anniversary. I do not anticipate to be back until early May

As explained to you in prior emails, I had to come back, because the change of ticket for London-Amman was more expensive than purchasing a new London-Boston roundtrip, and the whole reason I stayed back in London and missed my Amman flight was to meet and try to settle with your client.

Ben

----- Original Message -----
**From:** Virgin ETicket
**To:** BENDAHDAH@COMCAST.NET
**Sent:** Sunday, March 16, 2008 9:23 AM
**Subject:** Virgin Atlantic e-Ticket

   

### Receipt/Itinerary

| THIS IS YOUR RECEIPT/ITINERARY |
|---|
| Please bring this e-ticket when you check-in. |

**This document is automatically generated. Please do not respond to this e-mail.**

Are you worried about your carbon footprint? Then why not offset your flight through our gold standard carbon offset scheme with our partners myclimate. For more details please click on the following link http://www.virginatlantic.com/offset

Please click here to use Online Check In

**BOOKING DETAILS**

Reference:     F6BMTP

Issue Date:     16 March 2008
Place of Issue:  LONDON

Passenger:          DAHDAH/BANDALIMR

**FLIGHT DETAILS**

| FLIGHT | DEPART DATE | DEPART AIRPORT | DEPART TIME | ARRIVE AIRPORT | ARRIVE TIME | CLASS | STATUS | OPERATED BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4/7/2008

013

| VS011 | 16 MAR | LHR | 14:40 | BOS | 18:05 | X Economy | OK | VS |
| VS012 | 07 APR | BOS | 19:45 | LHR | 07:15 | X Economy | OK | VS |

Arrival Date May Differ From Departure Date

FLIGHT OPERATED BY:
VS = VIRGIN ATLANTIC

Terminal Information

| VS 011 | Check In : | LONDON, LONDON HEATHROW-Zone A, Terminal 3 |
| | Arrivals : | BOSTON, BOSTON-Terminal E |
| VS 012 | Check In : | BOSTON, BOSTON-Terminal E |
| | Arrivals : | LONDON, LONDON HEATHROW-Terminal 3Terminal 3Terminal 3 |

For further information please visit
http://www.virgin-atlantic.com/en/gb/passengerinformation/airportguide/index.jsp

CHECK-IN TIMES

Check-in times vary between Airlines and Airports. Virgin Atlantic check-in counters and bag drop desks, open at least **2.5** hours prior to departure. Please click here to use Online Check In.

We close our check-in facilities and bag drop desks 60-minutes before the flight is scheduled to take off. If you haven't checked in by this time, you'll miss the flight. For check-in details for other Airlines, please check with the Airline or its Authorised Agent.

### TICKET NUMBERS and ENDORSEMENTS

DAHDAH/BANDALIMR          932 2154537134
NONEND/NONREFUND
VALID VS ONLY

### FARE DETAILS

DAHDAH/BANDALIMR
Fare                            GBP                      183.00
Taxes/Fees/Charges/Surcharges   YQ106.00 GB40.00 XT41.40
Total                           GBP                      370.40

Form of Payment ;    CA***********4059        AMOUNT RECEIVED    GBP370.40

### CONTACT DETAILS

| UK: Minicom | (01293) 747 691 |
| UK: Reservations | (08705) 747 747 |
| UK: Upper Class | (08701) 909 090 |
| USA (Toll free) | 1 (800) 862 8621 |
| Virgin flying club UK | (08701) 616059 |
| Virgin flying club USA | 1 (800) 365 9500 |

4/7/2008

### NOTICE OF INCORPORATED TERMS OF CONTRACT

Your carriage is subject to Virgin Atlantic's conditions of contract and to the conditions of carriage of each transporting airline. Those conditions include, for example, terms governing: (1) restrictions on, and time limits for, claims; (2) rights of the airline to change terms of the contract of carriage; (3) rules on check-in and boarding times, and the right to refuse carriage. For a copy of Virgin Atlantic's conditions of contract, please visit: -
http://www.virginatlantic.com/en/gb/bookflightsandmore/conditionsofcontract/article1.jsp

### ELECTRONIC TICKET INFORMATION

This e-ticket receipt is a record of your electronic ticket,which is stored electronically in a computer reservations system.For more information about e-tickets,please visit: www.virginatlantic.com/en/gb/faq/eticket.jsp

IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR

This is a confidential e-mail intended only for the Virgin Atlantic Airways customer appearing as the addressee. If you are not the intended recipient please delete this e-mail and inform us directly as soon as possible. Please note that any copying, distribution or other action taken or omitted to be taken is prohibited and may be unlawful.

### IMPORTANT PASSENGER INFORMATION

If travelling to the US, please make sure you have a note of your address in the US available at check-in unless you have already given us that and other advance passenger information. For more information please click the link below:
http://www.virgin-atlantic.com/en/gb/passengerinformation/index/index.jsp

### SELF SERVICE CHECK IN

Save time and use Online Check In on our website, or our new Self Service Kiosks at participating Airports. For more information please click the link below:
http://www.virginatlantic.com/en/gb/manageyourflights/index.jsp

### BAGGAGE ALLOWANCE

The Department for Transport has announced that from Monday 06 November, passengers may now carry a limited quantity of liquids, ie. gels, lotions, pastes, liquid cosmetics, foams and foodstuffs in their hand baggage when going through the UK airport security checkpoints. For more information please visit http://www.virgin-atlantic.com/passengerinformation/latestnews/latestsecurityinfo.jsp

Free baggage allowances vary between airlines. Extra charges may apply for checked baggage in excess of the permitted allowance. For information about Virgin Atlantic's allowances, please visit: http://www.virginatlantic.com/passengerinformation/baggage/allowances.jsp
For other transporting airlines' details, please check with the airline or its authorised agent.

DANGEROUS ARTICLES IN BAGGAGE

For safety reasons, dangerous articles such as those listed in the following link must not be carried in your hand or checked baggage:
http://www.virginatlantic.com/en/gb/passengerinformation/baggage/dangerousarticles.jsp

### DENIED BOARDING COMPENSATION

For details of compensation and other benefits, to which you may be entitled if denied boarding for the flight for which you hold a confirmed reservation, please visit:
http://www.virginatlantic.com/en/gb/bookflightsandmore/conditionsofcarriage/carriage9.jsp

### LIABILITY NOTICE

The Warsaw Convention or the Montreal Convention applies to your carriage and limits the liability of airlines for death or personal injury, loss of or damage to baggage, and for delay.
No financial limit applies to Virgin Atlantic's liability for proven damages for death or personal injury. Virgin Atlantic's liability for loss, damage to or delay of checked and unchecked baggage is limited to a maximum of 1,000 SDRs (approximately US$1,375) per passenger. Baggage greater in value should be insured, or a higher limit of liability can be purchased, by making a special declaration and paying a supplementary fee before travel.
For more information, please click: http://www.virginatlantic.com/en/gb/bookflightsandmore/conditionsofcarriage/carriage15.jsp
For details of other transporting airlines' liability, please check with the airline or its authorised agent.

Virgin Atlantic Airways Ltd. Registered Office- 120 Campden Hill Road, London, W8 7AR

Registered in England 1600117

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Visit the Virgin Atlantic website for all the latest news and fantastic offers - htt
Virgin Atlantic reserves the right to retain and monitor all email communications. N

Virgin Atlantic Airways Limited. Registered office: 120 Campden Hill Road, London, W
************************************************************************************

APRIL 1, 2008

# Bates No. 014

## Luzi-Hagerman, Carolynn

| | |
|---|---|
| **From:** | Bandali Dahdah [bendahdah@gmail.com] |
| **Sent:** | Thursday, April 03, 2008 2:15 PM |
| **To:** | Bandali Dahdah; Costas, Peter |
| **Subject:** | Re: Morganti v. Dahdah |

Dear Peter:

I do not appreciate that your client is authorizing you to accelerate the May hearing date. So they are fine with having me tracked down and brought to court in handcuffs?

I offered you a settlement proposal and this is how your client responds?

At this point I see no further need to discuss anything as your clients actions are very clear.

Regards,

Ben

ps.  as I told you in my prior email, I am on my way to London on Monday.

----- Original Message -----
**From:** Bandali Dahdah
**To:** Costas, Peter
**Sent:** Tuesday, April 01, 2008 12:54 PM
**Subject:** Morganti v. Dahdah

Dear Peter:

Further to our telephone conversation this morning, I suggest that your client solicit a settlement agreement regarding the current issues.

I have carefully read over all the documents filed in court.

1. I am not allowed to publish defamatory statements. Defamatory being the act of making untrue statements about another which damages his or her reputation. The statements made on my web page are all true and the sources are double and tripled checked; to wit:

Hi Ben

I would like to include your case but it won't be mentioned in this story. I need to verify the details with the UK courts - editorial procedure. We can't consider scanned documents to be reliable documents unless we can absolutely verify their origin. Again, it's editorial procedure to ensure the highest standards of reporting. We have to such things serious, specially when legal disputes are involved.

I'm very interested in the Dubai story and will dig around. A pattern is emerging...

I'll be in touch later.

014

Oliver
This coming from my source for some of the CCC articles.. very very reliable.

Furthermore defenses to claims of defamation include:

- Truth is an absolute defense
- Statements made in a good faith and reasonable belief that they were true are generally treated the same as true statements; however, the court may inquire into the reasonableness of the belief. The degree of care expected will vary with the nature of the defendant: an ordinary person might safely rely on a single newspaper report, while the newspaper would be expected to carefully check multiple sources.
- My sources are impeccable and they verify their sources multiply times.

2. I am not allowed to make derogatory or defamatory statements regarding Morganti, etc. I have not. You will notice that in none of my postings is there any crude or derogatory statements as a few years ago. The statements are all links to news stories.

3. I am supposed to cease making scandalous, defamatory and deprecatory remarks with respect to Morganti, etc.
I have not made any such remarks.

4. There are no hyperlinks to CCC, Morganti, etc. in any of my webpages or blogs. I have not used the trade names of the companies in any connection with a web site, etc.

So your client needs to tighten the conditions and that is why I offered Nick Macmillan a negotiated settlement that would include a confidentiality agreement against further websites linking all CCC news articles as well as my communicating with reporters, etc.

That is in your clients best interest and not trying to find me in contempt and having me dragged in court in shackles. Shame on your client. Is beating me up at my father's mass service last year not enough?

I am available to discuss and settle this matter in a respectful manner.

After all it really is your own client who is in contempt of the courts and continually snubbing their nose at the legal system:

"At a recent hearing before the Court of Appeal, Lord Justice Rix stated his opinion that "*it is a complete disgrace that a large and solvent operation, such as the defendants and their holding company [ CCC ] involved in this case, should flout in this way the orders of this court after full and lengthy discussion about the merits. I think it is a complete disgrace, and it is very, very rarely found in this court.*"

CCC is already in contempt of Court for non-compliance with earlier orders issued by the High Court. The Court's orders warn that failure to comply with the injunctions of the Court could lead to the imprisonment of key figures in the organization."

Regards,

Ben Dahdah

Homeless as of April 1, 2008

APRIL 3, 2008

# Bates No. 015

## Luzi-Hagerman, Carolynn

| | |
|---|---|
| **From:** | Nick Macmillan [nmacmillan@hannahmould.com] |
| **Sent:** | Friday, April 04, 2008 7:01 AM |
| **To:** | Wael Khoury |
| **Cc:** | Costas, Peter; dmateyaschuk@deweyleboeuf.com |
| **Subject:** | Ben Dahdah |
| **Importance:** | High |

Gentlemen

Further to last night's emails, I received a call this morning from Dahdah. It was made from a UK mobile number (07990850656). He claimed that he was calling from London. In the course of the conversation, I heard him speak to a passer by, who answered in an English accent. From that, I drew the conclusion that he is in fact in London today.

He claimed that he had never left – he alleges that he did not board the flight back to Boston the Sunday before Easter. I challenged him about this, and pointed out that he himself had told me that he had flown back on that Sunday flight, and that he was speaking from Burlington when we spoke on the phone in the week before Easter. He claimed that he had done this to deceive Wael. I expressed scepticism, and he changed his story slightly, claiming that he was not allowed to board the flight because he had paid with his wife's credit card.

I asked him how he could have stayed for all this time at the Dorchester (which is not cheap) when he has no money. He claims to be using the insurance money from Jordan. He says he is no longer at the Dorchester but moving around from hotel to hotel.

He claimed that it was a "courtesy call" to let me know that he was on his way to CCC's London office to protest. Again, however, his story was inconsistent. He said at first that he was at a copying shop where signs were being run off. However, he then said he would be ready to protest on Monday. I said this was odd, as copying would surely only take a few minutes and that it was unlikely that he had been in London for so long without protesting or contacting me or the Court. He said it would take some time to get some poles before his signs were ready. I said I did not believe him. He claims to have spoken to the Knightsbridge police (behind Harrods) and been told that it is ok to protest provided he does not cause a disturbance. I warned him to be very careful about what he does.

He claims that he will never return to the US. He claims that he has left Mulberry Lane for good. After London, he says he will go to Athens and protest outside CCC's office there, and then go to Jordan and take from his father's house what is "rightfully his". He claims that Liz and the children are no longer living at Mulberry Lane, and that Wael can have the house back at any time. I told him that he should talk to Peter about that.

He made it very clear that he has no intention of being at the hearing of the contempt application next week. I pointed out that the Court's Oder makes clear that the Court will proceed in his absence. He claims to be unconcerned because he believes himself to be beyond the jurisdiction of the US Courts. I pointed out that there is an extradition treaty, but he said he does not think that this will apply to a bench warrant.

I made it clear to him that I had nothing to offer and that there would be no compromise on the UK litigation beyond what we had already offered. He says he will go ahead with the cases.

Please feel free to use this email as evidence in the US proceedings if you wish. Please let me know if I can assist further.

Kind regards
Nick

This e-mail may contain confidential and/or privileged information and is intended for the use of the

addressee only. If you are not the addressee or the person responsible for delivering it to the addressee, you may not copy or deliver this to anyone else. If you have received this e-mail in error please contact us immediately.

Hannah & Mould Solicitors
2 Eaton Gate
LONDON
SW1W 9BJ

Tel: +44 (0)20 7384 9527
Fax: +44 (0)20 7731 7562

http://www.hannahmould.com

Bates No. 016

## Luzi-Hagerman, Carolynn

**From:** Mateyaschuk, Douglas [DMateyaschuk@deweyleboeuf.com]
**Sent:** Friday, April 04, 2008 10:21 AM
**To:** Costas, Peter
**Subject:** RE: Ben Dahdah

Peter:

If you don't mind the suggestion, I think you should probably subpoena Virgin for their purchase/flight records re Ben. I'm not entirely convinced he's gone anywhere. He called me at 4:00pm from his home yesterday; he would have had to move very fast to secure a different ticket (presumably at a very inflated price) and skip town, if he indeed did. In any event, I think it is clear that he is starting to panic.

In terms of the hearing, I will be there in the event you should wish to call me to testify.

Regards,
Doug

-------------------------------------------------
Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

-------------------------------------------------
**From:** Albanese, Olivia [mailto:oalbanese@pepehazard.com] **On Behalf Of** Costas, Peter
**Sent:** Friday, April 04, 2008 9:08 AM
**To:** Nick Macmillan
**Cc:** Mateyaschuk, Douglas; Wael Khoury
**Subject:** Ben Dahdah
**Importance:** High

Gentlemen: Attached is a transcribed voice message left by Ben yesterday evening.

TRANSCRIBED VOICEMAIL:

"Hey Peter, it's Ben. I am at Logan Airport. Give me a call if you get this message -- 781-696-2990. It's Thursday, 6:00 pm."

    -----Original Message-----
    **From:** Nick Macmillan [mailto:nmacmillan@hannahmould.com]
    **Sent:** Friday, April 04, 2008 7:01 AM
    **To:** Wael Khoury
    **Cc:** Costas, Peter; dmateyaschuk@deweyleboeuf.com
    **Subject:** Ben Dahdah

**Importance:** High

Gentlemen

Further to last night's emails, I received a call this morning from Dahdah. It was made from a UK mobile number (07990850656). He claimed that he was calling from London. In the course of the conversation, I heard him speak to a passer by, who answered in an English accent. From that, I drew the conclusion that he is in fact in London today.

He claimed that he had never left – he alleges that he did not board the flight back to Boston the Sunday before Easter. I challenged him about this, and pointed out that he himself had told me that he had flown back on that Sunday flight, and that he was speaking from Burlington when we spoke on the phone in the week before Easter. He claimed that he had done this to deceive Wael. I expressed scepticism, and he changed his story slightly, claiming that he was not allowed to board the flight because he had paid with his wife's credit card.

I asked him how he could have stayed for all this time at the Dorchester (which is not cheap) when he has no money. He claims to be using the insurance money from Jordan. He says he is no longer at the Dorchester but moving around from hotel to hotel.

He claimed that it was a "courtesy call" to let me know that he was on his way to CCC's London office to protest. Again, however, his story was inconsistent. He said at first that he was at a copying shop where signs were being run off. However, he then said he would be ready to protest on Monday. I said this was odd, as copying would surely only take a few minutes and that it was unlikely that he had been in London for so long without protesting or contacting me or the Court. He said it would take some time to get some poles before his signs were ready. I said I did not believe him. He claims to have spoken to the Knightsbridge police (behind Harrods) and been told that it is ok to protest provided he does not cause a disturbance. I warned him to be very careful about what he does.

He claims that he will never return to the US. He claims that he has left Mulberry Lane for good. After London, he says he will go to Athens and protest outside CCC's office there, and then go to Jordan and take from his father's house what is "rightfully his". He claims that Liz and the children are no longer living at Mulberry Lane, and that Wael can have the house back at any time. I told him that he should talk to Peter about that.

He made it very clear that he has no intention of being at the hearing of the contempt application next week. I pointed out that the Court's Oder makes clear that the Court will proceed in his absence. He claims to be unconcerned because he believes himself to be beyond the jurisdiction of the US Courts. I pointed out that there is an extradition treaty, but he said he does not think that this will apply to a bench warrant.

I made it clear to him that I had nothing to offer and that there would be no compromise on the UK litigation beyond what we had already offered. He says he will go ahead with the cases.

Please feel free to use this email as evidence in the US proceedings if you wish. Please let me know if I can assist further.

Kind regards
Nick

---

This e-mail may contain confidential and/or privileged information and is intended for the use of the addressee only. If you are not the addressee or the person responsible for delivering it to the addressee, you may not copy or deliver this to anyone else. If you have received this e-mail in error please contact us immediately.

Hannah & Mould Solicitors
2 Eaton Gate
LONDON

4/7/2008

SW1W 9BJ

Tel: +44 (0)20 7384 9527
Fax: +44 (0)20 7731 7562

http://www.hannahmould.com

=========================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.
=========================================================================

# Bates No. 017

## Luzi-Hagerman, Carolynn

| | |
|---|---|
| **From:** | Mateyaschuk, Douglas [DMateyaschuk@deweyleboeuf.com] |
| **Sent:** | Friday, April 04, 2008 12:17 PM |
| **To:** | Costas, Peter; Nick Macmillan; Wael Khoury; 113157.32@compuserve.com |
| **Subject:** | RE: Order in Morganti v. Dahdah re Hearing Date |

I will bring with me the voicemails Ben left at my office, including the following (left 3/19):

Hi Doug, Ben Dahdah at 781-696-2990. I had tried to pass this information to Peter Costas but he had not gotten back to me but when I was in London and able to access my e-mail I noticed that there was an account created called hataf@comcast.net that I did not create and I noticed that there were some e-mails coming from an individual Ramirs@googlemail.com regarding his web pages and blogs and e-mails and what have you.

I have done a little bit of digging and I think you would be very interested in knowing who is the author of these web blogs and sites and e-mails. It is a very important party that your client needs to know. I have tried to give this information to Costas in good faith but I guess since you are involved in this, if you would like to know who I believe it is, then i've got substantive records to back it up. Please get back to me. It's Wednesday evening a little before 8pm in the Boston area.

You can do your own digging, that might take you a while, but I was able to figure out who that e-mail belongs to and part of it is all addresses for Google that contain the gmail.com, apply to every country except the UK where they had a problem with someone else claiming the gmails. So, all addresses out of the UK are with Google mail and I was able to narrow down from the Rami RS who that actual person is. So, 781-696-2990.

Thanks Doug.


------------------------------------------------------------
Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

-----Original Message-----
From: Albanese, Olivia [mailto:oalbanese@pepehazard.com] On Behalf Of Costas, Peter
Sent: Friday, April 04, 2008 12:06 PM
To: Nick Macmillan; Mateyaschuk, Douglas; Wael Khoury; 113157.32@compuserve.com
Subject: Order in Morganti v. Dahdah re Hearing Date
Importance: High

FYI. The clerk also said to bring any evidence or witnesses to show that Mr. Dahdah had returned to the U.S.

-----Original Message-----
From: Brina_Milikowsky@ctd.uscourts.gov [mailto:Brina_Milikowsky@ctd.uscourts.gov]
Sent: Friday, April 04, 2008 11:55 AM
To: Bandali Dahdah
Cc: Costas, Peter
Subject: Re: Order in Morganti v. Dahdah re Hearing Date


Dear Mr. Dahdah:

1

Based on information provided by Plaintiff's counsel with the appearance of legitimacy, Judge Dorsey has decided to let yesterday's order stand. The parties remain ordered to appear in Court on Tuesday, April 8.   The emails
you sent to me today will be treated as responses to Plaintiff's motion to expedite the hearing, and you are free to file a further response before the April 8th hearing.

Brina Milikowsky

----------------------------------------------------------------------------

-
Brina Milikowsky
Law Clerk to the Hon. Peter C. Dorsey
United States District Court, District of Connecticut
tel: 203.773.2427
email: brina_milikowsky@ctd.uscourts.gov


            "Bandali Dahdah"

            <bendahdah@gmail.

            com>

To

"Brina_Milikowsky@ctd.uscourts.gov"
            04/04/2008 08:41 <Brina_Milikowsky@ctd.uscourts.gov>
            AM

cc


Subject

                            Re: Order in Morganti v. Dahdah re
                            Hearing Date


Dear Ms. Milikowsky:

Please consider this as my formal filing to the court.  I just learned about your email
from counsel for CCC in the United Kingdom were I am. When I called him this morning and
told him I was getting paperwork from the Central London County Court and advised him for
assistance in retreiving documentation, he mentioned that the US courts had issued another
show cause. I am not in the United States contratry to the filings of counsel for
Plaintiff.  I am in London.  I can be reached at 011447990850656.

As mentioned before I am not anticipating returning to the United States until early May.
Financially it is physically impossible for me to be in CT on Tuesday.

2

Regards,

Ben Dahdah


On 4/3/08, Brina_Milikowsky@ctd.uscourts.gov < Brina_Milikowsky@ctd.uscourts.gov> wrote:

Please see email below, which was returned as undeliverable.

----- Forwarded by Brina Milikowsky/CTD/02/USCOURTS on 04/03/2008 04:30 PM
-----

|  | Brina Milikowsky/CTD/02 /USCOURTS |  |
|---|---|---|
| To |  | "Bandali Dahdah" <bendahdah@comcast.net> |
|  | 04/03/2008 04:28 PM |  |
| cc |  | pcostas@pepehazard.com |
| Subject |  | Order in Morganti v. Dahdah re Hearing Date(Document link: Brina Milikowsky) |


Dear Mr. Dahdah:

The Morganti Group has filed a motion to expedite the hearing scheduled for
May 8, 2008.  Upon review of the Plaintiff's motion (a copy of which
received but which has not yet been docketed), the Court has rescheduled
the hearing for Tuesday, April 8, 2008.  Given the tight schedule, I am
emailing you a copy of today's order rescheduling the hearing.  Please see
the attached order for further details.

Thank you,
Brina Milikowsky

(See attached file: Order re OSC Hearing, Morganti v. Dahdah.pdf)

-------------------------------------------------------------------------

Brina Milikowsky
Law Clerk to the Hon. Peter C. Dorsey
United States District Court, District of Connecticut
tel: 203.773.2058
email: brina_milikowsky@ctd.uscourts.gov

==========================================================================

Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise,
any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are not an intended recipient,
please immediately notify the sender and delete this e-mail message, including
attachments,
from your computer.   Thank you.
=======================================================================================

# Bates No. 018

**pcostas**

| | |
|---|---|
| **From:** | "Costas, Peter" <PCOSTAS@PepeHazard.com> |
| **To:** | <PCOSTAS@ct.metrocast.net> |
| **Sent:** | Friday, April 04, 2008 1:23 PM |
| **Subject:** | FW: Order in Morganti v. Dahdah re Hearing Date |

-----Original Message-----
From: Mateyaschuk, Douglas [mailto:DMateyaschuk@deweyleboeuf.com]
Sent: Friday, April 04, 2008 1:23 PM
To: Costas, Peter
Subject: RE: Order in Morganti v. Dahdah re Hearing Date

Peter:

Do you think it might be productive to meet on Monday afternoon to
discuss Tuesday's proceeding and go over the evidence? If so, let me
know what time works for you, I could be up there anytime after 3.

Regards,
Doug

-----------------------------------------------------------
Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

-----Original Message-----
From: Albanese, Olivia [mailto:oalbanese@pepehazard.com] On Behalf Of
Costas, Peter
Sent: Friday, April 04, 2008 12:06 PM
To: Nick Macmillan; Mateyaschuk, Douglas; Wael Khoury;
113157.32@compuserve.com
Subject: Order in Morganti v. Dahdah re Hearing Date
Importance: High

FYI. The clerk also said to bring any evidence or witnesses to show
that Mr. Dahdah had returned to the U.S.

-----Original Message-----

From: Brina_Milikowsky@ctd.uscourts.gov
[mailto:Brina_Milikowsky@ctd.uscourts.gov]
Sent: Friday, April 04, 2008 11:55 AM
To: Bandali Dahdah
Cc: Costas, Peter
Subject: Re: Order in Morganti v. Dahdah re Hearing Date


Dear Mr. Dahdah:

Based on information provided by Plaintiff's counsel with the appearance
of legitimacy, Judge Dorsey has decided to let yesterday's order stand.
The
parties remain ordered to appear in Court on Tuesday, April 8.   The
emails
you sent to me today will be treated as responses to Plaintiff's motion
to expedite the hearing, and you are free to file a further response
before the April 8th hearing.

Brina Milikowsky


-------------------------------------------------------------------------
-
Brina Milikowsky
Law Clerk to the Hon. Peter C. Dorsey
United States District Court, District of Connecticut
tel: 203.773.2427
email: brina_milikowsky@ctd.uscourts.gov




          "Bandali Dahdah"

          <bendahdah@gmail.

          com>
To

"Brina_Milikowsky@ctd.uscourts.gov"
          04/04/2008 08:41 <Brina_Milikowsky@ctd.uscourts.gov>
          AM
cc



Subject
                    Re: Order in Morganti v. Dahdah
re

                    Hearing Date

                                                                    4/4/2008

Dear Ms. Milikowsky:

Please consider this as my formal filing to the court. I just learned about your email from counsel for CCC in the United Kingdom were I am. When I called him this morning and told him I was getting paperwork from the Central London County Court and advised him for assistance in retreiving documentation, he mentioned that the US courts had issued another show cause. I am not in the United States contratry to the filings of counsel for Plaintiff. I am in London. I can be reached at 011447990850656.

As mentioned before I am not anticipating returning to the United States until early May. Financially it is physically impossible for me to be in CT on Tuesday.

Regards,

Ben Dahdah

On 4/3/08, Brina_Milikowsky@ctd.uscourts.gov <
Brina_Milikowsky@ctd.uscourts.gov> wrote:

Please see email below, which was returned as undeliverable.

----- Forwarded by Brina Milikowsky/CTD/02/USCOURTS on 04/03/2008 04:30 PM
-----

        Brina
        Milikowsky/CTD/02

/USCOURTS

To

        "Bandali Dahdah"
04/03/2008 04:28      &lt;bendahdah@comcast.net&gt;
PM

cc

        pcostas@pepehazard.com

Subject

        Order in Morganti v. Dahdah re
Hearing Date(Document link:

Brina

        Milikowsky)

Dear Mr. Dahdah:

The Morganti Group has filed a motion to expedite the hearing scheduled
for
May 8, 2008. Upon review of the Plaintiff's motion (a copy of which
received but which has not yet been docketed), the Court has rescheduled
the hearing for Tuesday, April 8, 2008. Given the tight schedule, I am
emailing you a copy of today's order rescheduling the hearing. Please see
the attached order for further details.

Thank you,
Brina Milikowsky

(See attached file: Order re OSC Hearing, Morganti v. Dahdah.pdf)

----------------------------------------------------------------------
-

Brina Milikowsky
Law Clerk to the Hon. Peter C. Dorsey
United States District Court, District of Connecticut
tel: 203.773.2058
email: brina_milikowsky@ctd.uscourts.gov

Pursuant to U.S. Treasury Department Circular 230, unless we expressly
state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are not an
intended recipient, please immediately notify the sender and delete this
e-mail message, including attachments,
from your computer.  Thank you.

# Bates No. 019

## Luzi-Hagerman, Carolynn

| | |
|---|---|
| **From:** | Brina_Milikowsky@ctd.uscourts.gov |
| **Sent:** | Friday, April 04, 2008 2:27 PM |
| **To:** | Costas, Peter |
| **Subject:** | Fw: Order in Morganti v. Dahdah re Hearing Date |

To preserve the record as much as possible in this case, I am forwarding the emails sent
to me by Mr. Dahdah which he intends to be considered substantive filings for the Court to
review in re the motion for contempt.

Thanks,
Brina
------------------------------------------------------------------------
Brina Milikowsky
Law Clerk to the Hon. Peter C. Dorsey
United States District Court, District of Connecticut
tel: 203.773.2058
email: brina_milikowsky@ctd.uscourts.gov

----- Forwarded by Brina Milikowsky/CTD/02/USCOURTS on 04/04/2008 02:25 PM
-----

```
          "Bandali Dahdah"
          <bendahdah@gmail.
          com>                                                    To
                                   "Brina_Milikowsky@ctd.uscourts.gov"
                                   <Brina_Milikowsky@ctd.uscourts.gov>
          04/04/2008 09:31                                        cc
          AM
                                                             Subject
                                   Re: Order in Morganti v. Dahdah re
                                   Hearing Date
```

Dear Ms. Milikowsky:

Further to our telephone conversation, please add the following to my response to the
Honorable Judge Peter Dorsey.#

I have provided counsel for plaintiff with substantive proof and emails of an individidual
behind the email campaign.

I have provided counsel for plaintiff with information that my website does not violate
any of the Judges rulings.  In fact |I send counsel for plaintiff very detailedl
information regarding how it does not infringe.

Please inform the Honorable Judge that I am presently not in any hotel in London, but I
would be willing to go to any one of the Judges liking and you can call me at that hotel
in London.

I have explained to counsel for Plaintiff that at the time the consent judgment was
entered, plaintiff did not know that his client would become worldwide news relating to
the lawsuit filed by an individual in the UK courts.

In fact CCC has been found to be in contempt of the British courts and so
have their directors.    Nothing in the consent judgment prevents me from
linking news articles regarding CCC.    Those sources have been checked by the Dow Jones and
the British Sunday Times and are very reliable sources. I do admit to the website
www.hataf.org... but it is in no way in violation of any of the Honorable Judges Court
orders.

Plaintiff CCC owners is worth 1.2 billion and was in Forbes magazine. Surely if I am
allenging to be hurting their reputation so much they can pay for me to be flown back to
the States to attend the Tuesday hearing if that must be the situation.    I am and always
will be subject to the court's jurisdiction, and I do not want to upset the Judge.
However monetarily I cannot make it to be in CT by Tuesday.

Counself for Plaintiff has actual copies of declined credit card slips of me trying to
make it to Boston.

Respectfully,

Ben Dahdah

Currently in London, United Kingdom and this statement is made under the pains and
penalties of perjury.

On 4/3/08, Brina_Milikowsky@ctd.uscourts.gov < Brina_Milikowsky@ctd.uscourts.gov> wrote:

Please see email below, which was returned as undeliverable.

----- Forwarded by Brina Milikowsky/CTD/02/USCOURTS on 04/03/2008 04:30
PM
-----

| | | | |
|---|---|---|---|
| Brina Milikowsky/CTD/02 /USCOURTS | | | To |
| | | "Bandali Dahdah" | |
| 04/03/2008 04:28 PM | | <bendahdah@comcast.net> | |
| | | | cc |
| | | pcostas@pepehazard.com | |
| | | | Subject |
| | | Order in Morganti v. Dahdah re Hearing Date(Document link: Brina Milikowsky) | |

Dear Mr. Dahdah:

The Morganti Group has filed a motion to expedite the hearing scheduled
for
May 8, 2008.  Upon review of the Plaintiff's motion (a copy of which
received but which has not yet been docketed), the Court has rescheduled
the hearing for Tuesday, April 8, 2008.  Given the tight schedule, I am
emailing you a copy of today's order rescheduling the hearing.  Please
see
the attached order for further details.

Thank you,
Brina Milikowsky

(See attached file: Order re OSC Hearing, Morganti v. Dahdah.pdf)

---------------------------------------------------------------------

Brina Milikowsky
Law Clerk to the Hon. Peter C. Dorsey
United States District Court, District of Connecticut
tel: 203.773.2058
email: brina_milikowsky@ctd.uscourts.gov

# Bates No. 020

## Trantolo, Judy

| | |
|---|---|
| **From:** | Mateyaschuk, Douglas [DMateyaschuk@deweyleboeuf.com] |
| **Sent:** | Friday, April 04, 2008 2:38 PM |
| **To:** | Costas, Peter; Albanese, Olivia |
| **Subject:** | In re Bandali Dahdah |

Dear Mr. Costas:

Please note that according to Dewey & LeBoeuf's phone log, Mr. Dahdah called my office from his home number in Massachusetts (781-365-1009) yesterday at 3:48 p.m. At that time he used profane language with my secretary, clearly angered by the news of the expedited hearing request. If Mr. Dahdah did in fact leave the country, he could only have done so after his late afternoon call.

Feel free to use this email as evidence with the Court. I am willing to testify to the same if needed.

Regards,
Douglas W. Mateyaschuk II

Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

=========================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited. If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer. Thank you.
=========================================================================

020

# Bates No. 021

## Luzi-Hagerman, Carolynn

**From:** Mateyaschuk, Douglas [DMateyaschuk@deweyleboeuf.com]
**Sent:** Friday, April 04, 2008 3:03 PM
**To:** Costas, Peter; pcostas@ct.metrocast.net
**Subject:** FW: Communication

FYI

---

**From:** Mateyaschuk, Douglas
**Sent:** Friday, April 04, 2008 2:58 PM
**To:** 'Bandali Dahdah'
**Subject:** RE: Communication

Dear Mr. Dahdah,

Your email (below) may be presented as evidence at your contempt hearing on April 8.  So too will the fact that you called my office yesterday from your home number in Boston.

Regards,
Douglas W. Mateyaschuk II

---

Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

---

**From:** Bandali Dahdah [mailto:bendahdah@gmail.com]
**Sent:** Friday, April 04, 2008 2:52 PM
**To:** Mateyaschuk, Douglas
**Subject:** Re: Communication

Doggg doggie dog.. you are nothing but a fucking Zionist pig.... you were always one, you will always be one and you are a worthless piece of shit...

Pray tell what fucking legal proceedings are you going to file now...you are such a fucking imbecile.....I will call your office whenever I feel like and rip you or your secretary a new asshole with whatever tirade I feel like......you are and always have been at my beck and call... lousy fucking scum zionist pig...

I thought you were going to file criminal charges.. what a fucking moron you are.. you now you want to curse back but are restrained becuase I have you wrapped around my finger with a collar....

4/7/2008                                                                                                    021

On 4/4/08, **Mateyaschuk, Douglas** <DMateyaschuk@deweyleboeuf.com> wrote:
Dear Mr. Dahdah,

It is my understanding that you called my office yesterday afternoon. My secretary stated that you used profane language in the course of your call. Please note that such abuses of Dewey & LeBoeuf personnel will not be tolerated and may serve as evidence against you in future legal proceedings.

Very truly yours,
Douglas W. Mateyaschuk II

-------------------------------------------------
Douglas W. Mateyaschuk II
Associate Attorney
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Direct: +1 212 424 8454
General: +1 212 424 8000
Fax: +1 212 424 8500
dmateyaschuk@dl.com
www.dl.com

=============================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,
is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.
=============================================================================


=============================================================================
Pursuant to U.S. Treasury Department Circular 230, unless we
expressly state otherwise, any tax advice contained in this
communication (including any attachments) was not intended
or written to be used, and cannot be used, for the purpose
of (i) avoiding tax-related penalties or (ii) promoting,
marketing or recommending to another party any matter(s)
addressed herein.


This e-mail message, including attachments, is confidential,

is intended only for the named recipient(s) above and may
contain information that is privileged, attorney work product,
proprietary or exempt from disclosure under applicable law.
The unauthorized use, dissemination, distribution or reproduction
of this e-mail message, including attachments, is strictly
prohibited.  If you have received this message in error, or are
not an intended recipient, please immediately notify the sender
and delete this e-mail message, including attachments,
from your computer.  Thank you.
==========================================================================

APRIL 4, 2008

# Bates No. 022

**Trantolo, Judy**

| | |
|---|---|
| From: | Bandali Dahdah [bendahdah@gmail.com] |
| Sent: | Monday, April 07, 2008 10:52 AM |
| To: | Costas, Peter |
| Subject: | Medical |



Discharge Summary
Report for B...

Dear Peter:

Enclosed please find my medical report with a severe chest infection. Probably from sleeping in the park in London. The doctor has instructed me not to travel in the medical report.

I propose to have your client pay for my stay at the Mandarin Oriental and fly back to Boston Business Class on April 14, 2008 to attend court on the 15th of April. All expenses and meals paid by your client at Mandarin and returns me to London business class after the hearing.

I will wait an hour before sending the report to Ms. Brina. Please call back with your clients decision at the London number I gave you.

Ben

1

022

# Chelsea and Westminster Healthcare **NHS**

NHS Trust

Chelsea and Westminster Hospital
369 Fulham Road
London
SW10 9NH

## Accident & Emergency Department
Telephone Number: 020 8746 8080(Adult) 020 8746 8600(Paediatric)

## DISCHARGE SUMMARY REPORT

Tel: 020 8746 8000
Created: 07 Apr 2008

DR P NOT REG' WITH GP
NOT REG/UNK GP/NON GP REF

Dear DR P NOT REG' WITH GP

Below are the discharge details for Bandali DAHDAH of 1 MULBERRY LANE, burlington, ZZ99 7AZ, discharged on from the A&E department.

### Patient Details:

Name: Bandali DAHDAH
DOB: 04-Jan-1961                          Hospital Number: 01879553

### Care Details:

Specialty: ACCIDENT & EMERGENCY          Consultant: A&E, CONSULTANT
Dept: A&E                                Spell: 32247052 Episode: 01
Date of Attendance: 07-Apr-2008          Disch Date:
Outcome:

### Diagnoses:
H06z0      CHEST INFECTION

### DISCHARGE SUMMARY TEXT
7-Apr-2008 Signed: TOOSY, NAEEM
Came to A&E with hacking persistent cough, worse at night.

CXR was clear. I have given him a nebuliser to help with airway irritability with TTO of Amoxicillin and Pholcodine.

Due to his significant symptoms, I have advised him to refrain from travelling for at least another week or so till he is symptomatically improved.

Signed.
Mr. N. Toosy
MBChB MSc FRCS(Ed)
SpR Emergency Medicine

### Patient's Current Medication:

PHOLCODINE 5MG/5ML LINCTUS
5 mg four times daily
Route: Oral No. of days: 7 GP to continue: NO

The quantity of medication actually supplied may differ slightly from those indicated as they have been rounded to the nearest original pack

GP NOTE: A number of medications are now known by their International Non-
        Proprietary Name (INN), significant changes are marked *.
        Refer to the British National Formulary for more details.

Pharmacy Medicines Help Line: 020-8746-8366 (Open Mon-Fri 10am to 5pm)

Please note an updated report will only be sent if necessary. If you
have any queries do not hesitate to contact my secretary.

Yours sincerely

Signed on behalf of CONSULTANT    A&E

# APRIL 7, 2008