IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MORGANTI GROUP, INC. and THEODORE CATINO | ) ) ) | CIVIL ACTION NO. 301CV574 (PCD) |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| BANDALI F. DAHDAH ALEXICOLE, INC. | ) ) ) | April 15, 2008 |
| Defendants | ) ) | |

### PLAINTIFF'S MEMORANDUM RELATIVE TO PROPOSED APPOINTMENT OF PRO SE COUNSEL FOR DEFENDANT BANDALI F. DAHDAH

Attached is an e-mail transmission from Defendant Bandali F. Dahdah indicating that he is traveling to Athens to engage in "picketing" of the CCC offices. In the communication of e-mails being filed concurrently herewith, are documents indicating that Mr. Dahdah had sufficient funds to obtain airline tickets for his travels to London and for his forthcoming trip to Athens referred to in a telephone call of this date.

1

It is also highly unlikely that he has had no hotel lodgings and food for the time he has remained in London. He was apparently staying at the Mandarin Oriental Hotel which is one of, if not the most, expensive hotels in London, with rates of more than $400 per day.

THE MORGANTI GROUP, INC.
THEODORE CATINO

By: /s/ Peter L. Costas

Peter L. Costas  ct04260
Louis R. Pepe  ct04319
PEPE & HAZARD LLP
225 Asylum Street
Hartford, CT  06103
(860) 241-2630

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, a copy of Plaintiff's Memorandum Relative To Proposed Appointment Of Pro Se Counsel For Defendant Bandali F. Dahdah, served electronically and by first class mail, postage prepaid, upon Bandali Dahdah, 1 Mulberry Lane, Burlington, Massachusetts 01803.

_____
Peter L. Costas

3

PEPE & HAZARD LLP
FILE MEMO

**Case:** 13626-107/MRGR        **Date:** APRIL 15, 2008

**From:** Peter L. Costas

**Subject:** Bandali Dahdah Short Telephone Call - 4/15/08

Bandali Dahdah called me this morning to report the following conversation:

| | |
|---|---|
| Peter: | Ben its me, what's up. |
| Ben: | I am on my way to Athens. |
| Peter: | Have a good time in Athens. You can get some good food there. |
| Ben: | Yeah. I will be outside their offices nice and early tomorrow morning. |
| Peter: | OK, well have a good time. |
| Ben: | I will, I just thought I would update you on my trials and tribulations Peter. |
| Peter: | Alright. Always waiting for your next call. Thanks Ben. Bye. |

PLC:jat

PLC/13626/107/848461v1
04/15/08-HRT/